Leonard C. Herr, #081896
Ron Statler, #234177
DOOLEY, HERR, PEDERSEN & BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200
Email: lherr@dhlaw.net

Attorneys for Plaintiff: SCOTT R. JAMES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. JAMES,<br><br>    Plaintiff,<br>  v.<br><br>KIMBERLY GRANGER, an individual,<br><br>    Defendant. | CASE NO.:<br><br>**STIPULATION THAT PLAINTIFF SHALL AMEND AND ORDER THEREON** |

The parties, by and through their counsel, hereby agree that Plaintiff Scott R. James shall have leave to amend the complaint in this matter and shall file a First Amended Complaint on or before September 20, 2013. This stipulation recognizes and does not waive Mr. James' ability to do so as a matter of right. The parties join in this request that the Court issue an order to this effect.

Dated: September 12, 2013     DOOLEY, HERR, PEDERSEN
                              & BERGLUND BAILEY


                              By: /s/ Leonard C. Herr
                                  LEONARD C. HERR
                                  Attorneys for Plaintiff
                                  SCOTT R. JAMES

///

-1-

**STIPULATION THAT PLAINTIFF SHALL AMEND AND ORDER THEREON**

LAW OFFICES
DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

| | |
|---|---|
| Dated: September 12, 2013 | KAMALA D. HARRIS<br>ATTORNEY GENERAL OF CALIFORNIA<br>ALBERTO L. GONZALEZ<br>SUPERVISING DEPUTY ATTORNEY GENERAL |
| | By: /s/ Catherine Woodbridge Guess<br>        Catherine Woodbridge Guess<br>        Attorneys for Defendant<br>        KIMBERLY GRANGER |

**ORDER**

It is so ordered.

_____
United States District Court Judge

F:\Client Files\James, Scott (1369-00)\1369.11 James v. Kimberly Granger, et al\Pleadings\Stip and Order re Amend Complaint.doc

LAW OFFICES
DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-2-

**STIPULATION THAT PLAINTIFF SHALL AMEND AND ORDER THEREON**