1  Leonard C. Herr, #081896
   Ron Statler, #234177
2  DOOLEY, HERR, PEDERSEN & BERGLUND BAILEY
   Attorneys at Law, LLP
3  100 Willow Plaza, Suite 300
   Visalia, California 93291
4  Telephone: (559) 636-0200
   Email: lherr@dhlaw.net
5

6  Attorneys for Plaintiff: SCOTT R. JAMES

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11  SCOTT R. JAMES,                    CASE NO.: 1:13-cv-00983-AWI-SKO

12      Plaintiff,                    **STIPULATION AND ORDER FOR LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**
        v.
13
    KIMBERLY GRANGER, an
14  individual,

15      Defendant.

16

17

18      The parties, by and through their counsel, hereby agree that Plaintiff Scott
19  R. James shall have leave to amend the complaint in this matter and shall file a
20  First Amended Complaint on or before September 20, 2013. This stipulation
21  recognizes and does not waive Mr. James' ability to do so as a matter of right. The
22  parties join in this request that the Court issue an order to this effect.

23  Dated: September 12, 2013        DOOLEY, HERR, PEDERSEN
                                      & BERGLUND BAILEY
24

25
                                      By: /s/ Leonard C. Herr
26                                        LEONARD C. HERR
                                          Attorneys for Plaintiff
27                                        SCOTT R. JAMES

28  ///

LAW OFFICES
DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-

**STIPULATION AND ORDER FOR LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**

1  Dated: September 12, 2013  KAMALA D. HARRIS
2  ATTORNEY GENERAL OF CALIFORNIA
   ALBERTO L. GONZALEZ
3  SUPERVISING DEPUTY ATTORNEY GENERAL

4
                              By: /s/ Catherine Woodbridge Guess
5                                  Catherine Woodbridge Guess
                                   Attorneys for Defendant
6                                  KIMBERLY GRANGER

7

8                                    **ORDER**

9      Pursuant to the above stipulation, Plaintiff shall file a First Amended Complaint on

10 or before September 20, 2013.

11

12 IT IS SO ORDERED.

13

14      Dated:  **September 16, 2013**            **/s/ Sheila K. Oberto**

15                                               UNITED STATES MAGISTRATE JUDGE

-2-

**STIPULATION AND ORDER FOR LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**

LAW OFFICES
DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200