**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SCOTT R. JAMES,** ) | **1:13-CV-983  AWI SKO** |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **ORDER VACATING** |
| ) | **SEPTEMBER 30, 2013** |
| **KIMBERLY GRANGER,** ) | **HEARING AND ORDER ON** |
| ) | **DEFENDANT'S MOTION TO** |
| **Defendant.** ) | **DISMISS** |
| _____ ) | |
| | (Doc. No. 7) |

      Defendants filed a Rule 12(b)(6) Motion to Dismiss on August 30, 2013.  On September 16, 2013, a stipulation for Plaintiff to file an amended complaint on or September 20, 2013, was signed.  <u>See</u> Doc. No. 9.  On September 20, 2013, Plaintiff filed an amended complaint.  <u>See</u> Doc. No. 10.

      An "amended complaint supersedes the original, the latter being treated thereafter as non-existent."  <u>Forsyth v. Humana, Inc.</u>, 114 F.3d 1467, 1474 (9th Cir. 1997); <u>Loux v. Rhay</u>, 375 F.2d 55, 57 (9th Cir. 1967).  Here, the first amended complaint supersedes the original complaint, and the original amended complaint is treated as non-existent.  <u>See id.</u>  Since Defendant's motion attacks Plaintiff's now "non-existent" original complaint, Defendant's motion to dismiss is moot.

      Accordingly, IT IS HEREBY ORDERED that:

1.    The September 30, 2013 hearing date is VACATED; and

2.    Defendants's motion to dismiss (Doc. No. 7) is DENIED as moot.

IT IS SO ORDERED.

Dated:    September 24, 2013         _____

                                      SENIOR  DISTRICT  JUDGE