1  Leonard C. Herr, #081896
   Ron Statler, #234177
2  DOOLEY, HERR, PEDERSEN & BERGLUND BAILEY
   Attorneys at Law, LLP
3  100 Willow Plaza, Suite 300
   Visalia, California  93291
4  Telephone:  (559) 636-0200
   Email:  lherr@dhlaw.net
5

6  Attorneys for Plaintiff: SCOTT R. JAMES

7

8              **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10

11  SCOTT R. JAMES,                    CASE NO.: 1:13-cv-00983

12          Plaintiff,                 **REQUESTS FOR JUDICIAL NOTICE**

13      v.                             **Date:**       **October 28, 2013**
                                       **Time:**       **1:30 p.m.**
14  KIMBERLY GRANGER, an               **Courtroom:  2**
    individual,
15
                                       **Action Filed: June 26, 2013**
16          Defendant.

17

18

19          Plaintiff, Scott R. James requests that the Court take judicial notice of the

20  following documents as readily ascertainable or as an official act of the Superior

21  Court of California in and for the County of Tulare (Fed. Rules Evid., Rule 201b):

22          1.     The Complaint filed against Plaintiff, appearing in the records of the

23  Superior Court of California in and for the County of Tulare, case number

24  VCF260879, signed by Deputy District Attorney Michael Moberly on November 4,

25  2011 and its attachments, are attached hereto as Exhibit "A."

26  ///

27  ///

28  ///

LAW OFFICES
DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-1-

**REQUESTS FOR JUDICIAL NOTICE**

1      2.    The search warrant, signed by affiant Luke Powell and Brent

2 Hillman, Judge of the Superior Court, County of Tulare, undated but returnable

3 on October 4, 2011, is attached hereto as Exhibit "B."

4                     Respectfully submitted.

5 Dated:  October 15, 2013      DOOLEY, HERR, PEDERSEN

6                     & BERGLUND BAILEY

7                     By: /s/ Leonard C. Herr

8                         LEONARD C. HERR
                        Attorneys for Plaintiff
                        SCOTT R. JAMES

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  F:\Client Files\James, Scott (1369-00)\1369.11 James v. Kimberly Granger, et al\Motions\SECOND Motion to Dismiss\Request for Judicial Notice.doc

27

28

LAW OFFICES
DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-2-

REQUESTS FOR JUDICIAL NOTICE

Exhibit "A"

TULARE COUNTY SUPERIOR COURT DISTRICT
VISALIA DIVISION, STATE OF CALIFORNIA

FILED
TULARE COUNTY SUPERIOR COURT
VISALIA DIVISION

DEC 07 2011

LARAYNE CLEEK, CLERK
BY: _____

THE PEOPLE OF THE STATE OF CALIFORNIA

Plaintiff,

vs.

SCOTT RAY JAMES, II  DOB:12/31/1970
AKA: RAY JAMES II SCOTT

Defendant(s).

DA No.    11-018602

Court No. VCF260879

**FELONY COMPLAINT**

# FELONY

The undersigned is informed and believes that:

## COUNT 1

On or about October 13, 2011, in the County of Tulare, the crime of POSSESSION OF AN ASSAULT WEAPON, in violation of PENAL CODE SECTION 12280(B), a FELONY, was committed by **SCOTT RAY JAMES, II**, who did unlawfully possess an assault weapon, to wit, **OLYMPIC ARMS MODEL PCR99**.

* * * * * * * *

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

Pursuant to People v. Cunningham, the People hereby put the defendant on notice that the aggravated sentence may be sought in this case.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT CONSISTS OF 1 COUNT(S).

Executed at VISALIA, California, on November 4, 2011.

_____
MICHAEL MOBERLY
DEPUTY DISTRICT ATTORNEY

Agency: DOJ

| DEFENDANT NAME | SEX | RACE | HGT | WGT | EYES | HAIR | COURT DATE | INTAKE STATUS |
|---|---|---|---|---|---|---|---|---|
| SCOTT RAY JAMES, II | M | W | 508 | 175 | BRO | BRO | 11/09/2011 | BA |

COMPLAINT PROCESSED BY: AIG

1

**DEFENSE COPY**

THE SUPERIOR COURT, STATE OF CALIFORNIA
FOR THE COUNTY OF TULARE
VISALIA DIVISION

THE PEOPLE OF THE STATE OF CALIFORNIA

                                     Plaintiff,

    vs.

SCOTT RAY JAMES, II  A.K.A. RAY JAMES II SCOTT

                                  Defendant.

DA No.:  11-018602
Court No.

**DECLARATION IN
SUPPORT OF ARREST
WARRANT**

I declare and state as follows:

1.    I am a PEACE OFFICER/DEPUTY DISTRICT ATTORNEY/PRIVATE CITIZEN. It is in that capacity that I submit this declaration and I do so for the purpose of obtaining an arrest warrant for the arrest of , hereinafter referred to as "the accused";

2.    There is probable cause to believe that, on or about the date(s) indicated within the incorporated reports, the accused committed the crime(s) of PC 12280(B).

3.    The said probable cause is exhibited in the official law enforcement reports prepared regarding the matter, a true copy of which is attached and incorporated herein by reference;

4.    I am informed, and on the basis of such information I believe that the conduct of the accused and the circumstances which give probable cause to believe that the accused committed the crime(s) listed in paragraph number 2 hereof were personally observed by the person(s) whose statements regarding such crime(s) are contained in the said incorporated reports; and that the facts relating to the source and reliability of such statements are as set forth in those reports;

5.    A description of the accused appears in the said incorporated reports;

6.    A complaint charging the accused with the crime(s) listed in paragraph number 2
      hereof is outstanding.

      I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND
      CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON 11/04/2011.

                        MICHAEL MOBERLY
                        DEPUTY DISTRICT ATTORNEY

      WHEREFORE, your declarant prays that this court issue a warrant directing the arrest of
the accused.

                        _____
                        Judge of the Tulare County Superior Court

2

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF FIREARMS
**Investigation Report**

| INVESTIGATION TITLE:<br>JAMES, SCOTT | | INVESTIGATION NUMBER:<br>BOF-FR2011-00140 |
|---|---|---|
| INVESTIGATION REQUESTED BY:<br>MARSH, JOHN | | TYPE OF REPORT:<br>SUPPLEMENTAL REPORT |
| CASE ASSIGNED TO:<br>POWELL, LUKE ELLIOTT | PERSON REPORTING:<br>FRAUSTO, FRED | REPORT NO:<br>3 |
| TYPE OF CRIME/INCIDENT:<br>PENAL CODE 12076 (c)(1) | CASE ASSIGNED SUPERVISOR:<br>CAREAGA, LEE | DATE OF REPORT:<br>10/28/2011 |
| CROSS REFERENCE NO(s): | | |

## SUMMARY:

On 10/13/11, Special Agents from the California Department of Justice (CA DOJ), Bureau of Firearms (BOF) served a search warrant at the residence of Scott JAMES, located at 630 W. Cherry Court, Visalia. JAMES was found to be in possession of an unregistered assault weapon. JAMES was arrested and booked into the Tulare County Jail for PC sections 12280(b), possession of an unregistered assault weapon and 12076(c)(1), knowingly furnish incorrect information for electronic transfer of a firearm.

## DETAILS OF THE INVESTIGATION:

On 10/13/11, at approximately 1339 hours, Special Agents from the California Department of Justice (CA DOJ), Bureau of Firearms (BOF) served a search warrant at the residence of Scott JAMES, located at 630 W. Cherry Court, Visalia, CA. During a protective sweep of the interior of the residence, no one was located inside.

During a search of the residence thirty-nine items of evidence were located and seized. During the search of a gun safe in the garage, multiple firearms were found. Item 001-013, is an unregistered assault weapon - Olympic Arms model PCR99, .223 caliber, semiautomatic action, serial #KX2139, black, 18 inch barrel. Based on my training and experience, I know that .223 caliber rounds are "centerfire" cartridges. The primer for these types of cartridges is located in the center of the base of the brass casing.

When the rifle was located, it contained what appeared to be a large capacity magazine inserted into the magazine well. The magazine release button for this firearm was disabled and contained a device preventing the depression of that button. The installation of this device was conducted prior to the service of the search warrant.

At this time, I checked the magazine to determine how many .223 caliber rounds would fit into the

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF FIREARMS
## Investigation Report

magazine.  To gain access to the top of the magazine, I pushed out the rear takedown pin, which separates the lower and upper receivers, which allowed me a clear view of the magazine.  Upon examining the magazine, I noted it was empty of live ammunition.  I manually loaded 20 live rounds into the magazine.  I later performed a function check on the rifle and noted that it operated in a semi automatic fashion only.  At that time I was able to confirm the rifle was a semiautomatic, centerfire rifle that had a fixed magazine with the capacity to accept more than 10 rounds.  This rifle meets the definition of PC 12276.1(a)(2).

The Generic Characteristics Defining Assault Weapons are located in PC 12276.1 (a)
Notwithstanding Penal Code section 12276, "assault weapon" shall also mean the following:

*Rifles*
*(1) A semiautomatic, centerfire rifle that has the capacity to accept a detachable magazine and any one of the following:*
*(A) A pistol grip that protrudes conspicuously beneath the action of the weapon.*
*(B) A thumbhole stock.*
*(C) A folding or telescoping stock.*
*(D) A grenade launcher or flare launcher.*
*(E) A flash suppressor.*
*(F) A forward pistol grip.*
***(2) A semiautomatic, centerfire rifle that has a fixed magazine with the capacity to accept more than 10 rounds.***
*(3) A semiautomatic, centerfire rifle that has an overall length of less than 30 inches.*

The serial number on the rifle was checked in the DOJ Automated Firearms System (AFS) and no results were found.  If this rifle was legally registered, an entry would appear stating that it was a registered assault weapon.

The DOJ Firearms Licensing and Permits Unit (FLPU) also conducted a check to verify if JAMES had any assault weapons registered in his name and if the seized assault rifle was in fact registered to him or anyone else for that matter.  The FLPU found no record indicating he was the registered owner of any assault weapon(s), specifically, the one seized in this investigation.  The check also revealed that this assault weapon is not registered to anyone. (See attachment 003-001.)

Possession of an unregistered assault weapon like this is a felony violation of PC 12280(b).

JAMES was arrested and booked at the Tulare County Jail for PC sections 12280(b), possession of an unregistered assault weapon.

This supplemental report is being sent to the Tulare County District Attorney's Office for review; regarding the consideration of the aforementioned charge.

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF FIREARMS
**Investigation Report**

## PHYSICAL DESCRIPTION:

### A. Subjects:

1. JAMES, SCOTT RAY II, WMA, DOB-12/13/1970, 5'08", 175 lb., HAIR-BROWN, EYE-BROWN, SMT-TAT UR ARM : Bulldog Wrestling, CDL-C7081820, SSN-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, CII-A10501636, CDC-UNK, FBI-569019VA7

   **RESIDENCE:** 630 W CHERRY CT, VISALIA, TULARE COUNTY, CA 93277-0000 (RESIDENCE)

   **PHONE:** (559) 352-6982 (CELLULAR)

### B. Other(s):

NONE

### VEHICLE(S):

NONE

## LOCATION(S):

1. 630 W CHERRY CT, VISALIA, TULARE COUNTY, CA 93277-0000 (RESIDENCE)

## TELEPHONE(S):

1. (559) 352-6982 (CELLULAR)

## EVIDENCE:

| ITEM NUMBER | DESCRIPTION | LOCATION FOUND |
|---|---|---|
| 001-013 | Olympic Arms, Model PCR99, 223, Semiautomatic Action (Autoloading), Serial #KX2139, Black, 18 INCHES | Seized from west gun safe in garage. |

## ATTACHMENT(S):

003-001   FLPU Certification Letter.

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF FIREARMS
**Investigation Report**

| SIGNATURE: DATE: 10/20/2011 | APPROVAL SIGNATURE: DATE: 10/28/2011 |
|---|---|
| PRINTED NAME: FRAUSTO, FRED | PRINTED NAME: CAREAGA, LEE |
| TITLE: SPECIAL AGENT | TITLE: SPECIAL AGENT SUPERVISOR |
| REPORT DISSEMINATION: | |

Attachment 003-001

**KAMALA D. HARRIS**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

DIVISION OF LAW ENFORCEMENT
BUREAU OF FIREARMS
P.O. BOX 160367
SACRAMENTO, CA 95816-0367
(916) 227-2153
Facsimile: (916) 227-1021

October 27, 2011

California Department of Justice
Bureau of Firearms
1735 "E" Street
Fresno, CA 93706
Attn: Special Agent Supv. Lee Carcaga

Re:     Certification

Dear SAS Careaga:

        The enclosed certification is in response to a request by you for Department of Justice
Firearms records for Assault Weapon Registration history information pertaining to Scott Ray
James II, date of birth December 13, 1970 and an Olympic Arms, model PCR99, .223 caliber,
semiautomatic action (Autoloading), serial number KX2139.

        If you have additional questions, feel free to contact the Firearms Licensing and Permits
Section at (916) 227-2153.

Sincerely,

KEVIN BAENA, Manager
Firearms Licensing and Permits Section
Bureau of Firearms

For     KAMALA D. HARRIS
        Attorney General

Enclosures:

## CERTIFICATION

I, Yvonne Wright, do certify under penalty of perjury that I am the acting legal custodian of firearms records maintained by the Department of Justice (DOJ), Bureau of Firearms. This file contains records of Licenses to Carry Concealed Weapons, Assault Weapon Registration, Certificate of Eligibility for Firearms Sales, Dangerous Weapons Permits and Licenses, Explosive Permit Clearances, Centralized List of Firearm Dealers, Centralized List of Manufacturers, Gun Show Producers, Entertainment Permits, and all other firearm records entered by DOJ.

On October 27, 2011 a diligent search was made of the Department of Justice firearms records for the Assault Weapon Registration history of **Scott Ray James II, date of birth December 13, 1970** and the following weapon:

      1.  Olympic Arms, model PCR99, .223 caliber, semiautomatic Action (Autoloading), serial number KX2139

**The search revealed the following:**

    No Assault Weapon Registration was found for the above-mentioned person.

    No Assault Weapon Registration history was found for the above-mentioned weapon.


      This certification was prepared by personnel of the California Department of Justice in the ordinary course of business on the date stated above.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this __27th__ day of __October__ at __Sacramento,__ California.


YVONNE WRIGHT, Supervisor
Custodian of Firearm Records


KEVIN BAENA, Manager
Firearms Licensing and Permits Section
Bureau of Firearms


For   KAMALA D. HARRIS
      Attorney General

**State of California**
**Department of Justice**
**Division of Law Enforcement**
**BUREAU OF FIREARMS**
**Investigation Report**

| | |
|---|---|
| **INVESTIGATION TITLE:**<br>JAMES, SCOTT | **INVESTIGATION NUMBER:**<br>BOF-FR2011-00140 |
| **INVESTIGATION REQUESTED BY:**<br>MARSH, JOHN | **TYPE OF REPORT:**<br>SUPPLEMENTAL REPORT |
| **CASE ASSIGNED TO:**<br>POWELL, LUKE ELLIOTT | **PERSON REPORTING:**<br>FRAUSTO, FRED | **REPORT NO:**<br>2 |
| **TYPE OF CRIME/INCIDENT:**<br>PENAL CODE 12076 (c)(1) | **CASE ASSIGNED SUPERVISOR:**<br>CAREAGA, LEE | **DATE OF REPORT:**<br>10/20/2011 |
| **CROSS REFERENCE NO(s):** | | |

## DETAILS OF THE INVESTIGATION:

On 10/13/11, at approximately 1339 hours, Special Agents from the California Department of Justice (CA DOJ), Bureau of Firearms (BOF) served a search warrant at the residence of Scott JAMES, located at 630 W. Cherry Court, Visalia, CA. During a protective sweep of the interior of the residence, no one was located inside.

At 1407 hours, SA Luke Powell telephoned JAMES on his cellular telephone, (559) 352-6982, and left him a voice mail asking him to return his call. Within minutes, JAMES returned SA Powell's call. SA Powell explained to JAMES that agents were serving a search warrant at his home and requested he return to secure the residence as agents left it. JAMES agreed and stated he would be coming soon. At approximately 1432 hours, JAMES returned to his residence. JAMES was detained and later arrested for

During a search of the residence thirty-nine items of evidence were located and seized. Item 001-039, a "Pani Saurus" slot machine, serial #5156772, was located in the gaming room of the residence. Agents seized the slot machine per California Penal Code (PC) section 330.3. Possession of the slot machine is a misdemeanor violation of PC 330b (a). The slot machine was subsequently transported to the Fresno BOF Office where it was booked into evidence.

JAMES was arrested and booked at the Tulare County Jail for PC sections 12280(b), possession of an unregistered assault weapon and 12076(c)(1), knowingly furnish incorrect information for electronic transfer of a firearm.

On 10/20/2011, SA Thomas Win from the Department of Justice, Bureau of Gambling Control (BGC) checked the Pani Saurus slot machine and advised Special Agent Supervisor (SAS) Lee Careaga that the slot machine was contraband and illegal to possess.

This supplemental report is being sent to the Tulare County District Attorney's Office for review; request the consideration of the charge of PC 330b (a), possession of a slot machine.

**State of California**
**Department of Justice**
**Division of Law Enforcement**
**BUREAU OF FIREARMS**
**Investigation Report**

## PHYSICAL DESCRIPTION:

### A. Subjects:

1.  JAMES, SCOTT RAY II, WMA, DOB-12/13/1970, 5'08", 175 lb., HAIR-BROWN, EYE-BROWN, SMT-TAT UR ARM :
    Bulldog Wrestling, CDL-C7081820, SSN-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, CII-A10501636, CDC-UNK, FBI-569019VA7

    **RESIDENCE:** 630 W CHERRY CT, VISALIA, TULARE COUNTY, CA 93277-0000 (RESIDENCE)

    **PHONE:** (559) 352-6982 (CELLULAR)

### B. Other(s):
  NONE

### VEHICLE(S):
  NONE

## LOCATION(S):

1.  630 W CHERRY CT, VISALIA, TULARE COUNTY, CA 93277-0000 (RESIDENCE)

## TELEPHONE(S):

1.  (559) 352 6982 (CELLULAR)

## EVIDENCE:

| ITEM NUMBER | DESCRIPTION | LOCATION FOUND |
|---|---|---|
| 001-039 | (1) "Pani Saurus" slot machine, serial #5156772. | Seized from game room. |

## ATTACHMENT(S):
  NONE

**State of California**
**Department of Justice**
**Division of Law Enforcement**
**BUREAU OF FIREARMS**

## Investigation Report

| SIGNATURE: | DATE: 10/20/11 | APPROVAL SIGNATURE: | DATE: 10/20/1 |
|---|---|---|---|
| **PRINTED NAME:** FRAUSTO, FRED | | **PRINTED NAME:** CARĒAGA, LEE | |
| **TITLE:** SPECIAL AGENT | | **TITLE:** SPECIAL AGENT SUPERVISOR | |
| **REPORT DISSEMINATION:** | | | |

State of California
**Department of Justice**
**Division of Law Enforcement**
**BUREAU OF FIREARMS**
## Investigation Report

| INVESTIGATION TITLE: JAMES, SCOTT | | INVESTIGATION NUMBER: BOF-FR2011-00140 |
|---|---|---|
| INVESTIGATION REQUESTED BY: MARSH, JOHN | | TYPE OF REPORT: OPENING/CLOSING/ARREST REPORT |
| CASE ASSIGNED TO: POWELL, LUKE ELLIOTT | PERSON REPORTING: POWELL, LUKE ELLIOTT | REPORT NO: 1 |
| TYPE OF CRIME/INCIDENT: PENAL CODE 12280 (b) | CASE ASSIGNED SUPERVISOR: CAREAGA, LEE | DATE OF REPORT: 10/14/2011 |
| CROSS REFERENCE NO(s): | | |

SUMMARY:

On 7/26/11, I, Special Agent (SA) Luke Powell, from the California Department of Justice (CA DOJ), Bureau of Firearms (BOF) were provided informed regarding a potential crime of Penal Code (PC) section 12076(c)(1), knowingly furnish incorrect information for the electronic transfer of a firearm, which appeared to have taken place on 1/1/11, at the Big 5 Sporting Goods, located at 1430 South Mooney Boulevard, Visalia, CA 93277. A subsequent investigation revealed the suspect, Scott JAMES, is currently prohibited federally from firearms possession for life, pursuant to a 10/1/96 arrest, by the Visalia Police Department (case number A96-14148), for PC section 273.5, inflict corporal injury on spouse, and subsequent conviction, on 12/11/96, for PC section 242, battery. A check through the Automated Firearms System (AFS) showed JAMES had three (3) firearms registered in his name.

With this information, I authored and obtained a search warrant for JAMES, his residence, located at 630 W. Cherry Court, Visalia, CA, and his vehicles. On 10/13/11, SAs executed the search warrant and found JAMES to be in possession of: one (1) unregistered assault weapon; fourteen (14) rifles; eight (8) shotguns; seven (6) handguns; twenty-nine (29) handgun and rifle magazines; four thousand thirty-three (4033) rounds of various caliber ammunition; documents; and a slot machine. The previously listed items were seized into evidence and JAMES was arrested and booked into the Tulare County Jail for PC sections 12280(b), possession of an unregistered assault weapon and 12076(c)(1), knowingly furnish incorrect information for electronic transfer of a firearm.

This report closes this investigation.

DETAILS OF THE INVESTIGATION:

On 7/26/11, I, SA Luke Powell, from the CA DOJ, BOF was provided informed regarding a potential crime of PC section 12076(c)(1), any person knowingly furnish incorrect information for the electronic transfer of a firearm, which appeared to have taken place on 1/1/11, at the Big 5 Sporting

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF FIREARMS
**Investigation Report**

Goods, located at 1430 South Mooney Boulevard, Visalia, CA 93277. This information came to light following a civil deposition which took place on 7/25/11.

On 7/25/11, at 0905 hours, Scott JAMES appeared in the Superior Court of the State of California, County of Tulare, for a civil deposition. During his sworn testimony, JAMES admitted to ownership and possession firearms and falsification or failure to divulge information on both, the federal Alcohol, Tobacco and Firearms (ATF) 4473 and the state Dealer's Record of Sale (DROS) of Firearms licensing forms.

During the course of this deposition JAMES admitted, in his sworn testimony, he currently resided at 630 West Cherry Court, Visalia, CA 93277, was in possession of a "Kimber, .45 caliber," semiautomatic handgun and "more than five and less than ten" rifles and shotguns.

Under federal law, specifically the Federal Brady Act and 18 U.S.C. 922(g)(9), permanent ban disqualifying an individual from possessing, purchasing, or receiving a firearm pursuant to a misdemeanor conviction of domestic violence, JAMES is currently prohibited from firearms possession for life, pursuant to a 10/1/96 arrest, by the Visalia Police Department (VPD) (case number A96-14148), for PC section 273.5, inflict corporal injury on spouse, and subsequent conviction, on 12/11/96, for PC section 242, battery. For further details, refer to attached VPD report, incorporated herein as Attachment 1-5.

Also during his sworn testimony, JAMES admitted to failing to divulge a misdemeanor conviction for domestic battery on the federal ATF 4473 form and failing to provide his street address on both the ATF 4473 and state DROS forms. On both federal and state forms JAMES admitted to providing a mailing address, which is different than his residential address.

JAMES admitted to being informed of his denial to purchase firearms by Big 5 Sporting Goods, after the 1/7/11, transaction because he was called to the store to obtain his refund of the purchase price of the rifle and the store provided him a copy of the California (CA) Department of Justice (DOJ) Denial Letter.

On 7/28/11, I conducted computer records checks on JAMES through multiple law enforcement databases. My research revealed the following:

My check through the Automated Firearms System (AFS) showed JAMES has three (3) firearms registered in his name. (AFS is a state wide computer data bank for all handguns sold since 1979 and all assault weapons properly registered in this state as prescribed in California (PC section 12285) since 1989. Your affiant knows that per PC section 11106(b)(1) handgun ownership information is stored in AFS, rifle and shotgun information is not normally stored in AFS. However the information regarding rifles and shotguns shall be destroyed within five days of the receipt by the Attorney General, unless retention is necessary for use in a criminal prosecution. Your affiant knows all registered handguns and transfers of ownership of handguns, done through a licensed firearms dealer will be recorded and stored in AFS.) AFS records indicate JAMES purchased the following firearms on the provided dates:

Department of Justice
Division of Law Enforcement
BUREAU OF FIREARMS
## Investigation Report

1. Kimber, Team Match, .45 caliber, semiautomatic handgun, serial number K1914, purchased on 02/08/2007;

2. Sig Sauer, 229, .40 caliber, semiautomatic handgun, serial number AD17242, purchased on 08/22/1994; and

3. Astra, A80, 9 millimeter, semiautomatic handgun, serial number P4231, purchased on 02/03/1992.

The possession of any firearm or ammunition by JAMES is a violation federal law 18 U.S.C. 922(g)(9), permanent ban disqualifying an individual from possessing, purchasing, or receiving a firearm pursuant to a misdemeanor conviction of domestic violence.

I conducted a DMV check on JAMES and noted he possessed a valid California driver licenses which listed a mailing address of 4216 South Mooney Boulevard, Suite 350, Visalia, CA 93277. (This is the same address JAMES used on both the federal ATF 4473 and state DROS forms.) JAMES also had two vehicles registered under his name:

1. 2011 Chevrolet, Tahoe, gold in color, bearing California license plate number 6PMR543; and

2. 2006 Harley Davidson, model is unknown, black in color, bearing California license plate number 18C6022.

On both of the above vehicles, JAMES listed an address of 4216 South Mooney Boulevard, Suite 350, Visalia, CA 93277.

JAMES' criminal history showed numerous prior arrests for a variety of offenses: assault with a deadly weapon, carrying a concealed weapon in a vehicle, carrying a loaded firearm in public and inflicting corporal injury on spouse. Of these listed arrests, JAMES has two convictions for PC section 12031(a), carrying a loaded firearm in public and PC section 242, battery. Because of these misdemeanor convictions, and per PC sections 12021(c)(1) and 12316(b)(1), JAMES was prohibited from owning, purchasing, receiving or possessing any firearm or ammunition for a period of ten (10) years. JAMES' state prohibition concluded on 12/11/06. Under federal law, specifically the Federal Brady Act and 18 U.S.C. 922(g)(9), permanent ban disqualifying an individual from possessing, purchasing, or receiving a firearm pursuant to a misdemeanor conviction of domestic violence, JAMES is currently prohibited from firearms and ammunition possession for life.

On 7/28/11, I conducted a query of JAMES through the Armed Prohibited System (APPS) data base. (APPS is a CA DOJ, BOF run database that cross-references persons who legally acquired handguns since 1996 or registered assault weapons, and who subsequently become legally prohibited from owning or possessing firearms because of incidents such as felony convictions, specified misdemeanors, domestic violence restraining orders and mental health commitments. Records of handgun sales from the DOJ, DROS and from the Assault Weapons Registry (AWR) populate the APPS database and evaluates data from existing databases such as the Automated Criminal History

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF FIREARMS

## Investigation Report

System (ACHS), Wanted Persons System (WPS), Domestic Violence Restraining Order System (DVROS) and Mental Health Firearms Prohibited System (MHFPS). New DROS and AWR data is added to APPS on a daily basis. Information in AFS about lost, stolen, held for safekeeping and under observation firearms is also added every day. This data adds new firearms owners to APPS, associates newly transferred firearms to existing armed persons in APPS due to transfer of firearms and various status changes.) This query revealed JAMES has attempted to purchase a firearm through a state licensed Federal Firearms Licensed (FFL) dealer eight (8) times since his 1996 conviction and subsequent prohibition. Seven (7) of these attempts, conducted on 9/24/99, 7/17/07, 7/17/07, 12/22/07, 12/22/07, 10/21/08 and 1/7/11, were denied with one (1) attempt, conducted on 12/8/07, succeeding (see Kimber .45 above).

State DROS licensing requirements mandate FFL dealers, operating within California, to keep the original copy of the DROS transactions for a period of three (3) years following the sale or denial of the firearms transaction. Of the eight (8) DROS transactions attempted by JAMES, only two (2) of the transactions fall within this three (3) year time frame. Of these two (2) transactions, only one (1) of the FFL dealers is still in business, Big 5 Sporting Goods, 1430 S. Mooney Boulevard, Visalia, CA 93277. For further details, refer to attached DROS forms, incorporated herein as Attachment 1-4.

On 7/28/11, I went to the Big 5 Sporting Goods, located at 1430 S. Mooney Boulevard, Visalia, CA 93277, and obtained copies of the original DROS and ATF 4473 forms. Upon reviewing the original documents, I noted JAMES listed his residential address as 4216 South Mooney Boulevard, Suite 350, Visalia, CA 93277 and failed to divulge a misdemeanor conviction for domestic battery on the federal ATF 4473 form. Both the federal and state forms required a signature by the purchaser and the signature appears to that of JAMES. A signature on both federal and state forms certifies the information provided by the purchaser is true and correct, and any incorrect information can be punishable under state PC section 118(a), perjury.

JAMES' act of falsifying or failing to divulge information on the state DROS form is a violation PC section 12076(c)(1), any person knowingly furnish incorrect information for the electronic transfer of a firearm, and JAMES' falsifying or failing to divulge information on the federal ATF 4473 form is a violation of 18 U.S.C. 922(g)(9), permanent ban disqualifying an individual from possessing, purchasing, or receiving a firearm pursuant to a misdemeanor conviction of domestic violence.

On 7/28/11, I drove by the two addresses JAMES' provided to the DMV (4216 South Mooney Boulevard, Suite 350, Visalia, CA 93277) and during his sworn testimony (630 West Cherry Court, Visalia, CA 93277). The address of 4216 South Mooney Boulevard, Suite 350, Visalia, CA 93277, is a postal box located inside a United Parcel Service (UPS) store. The address of 630 West Cherry Court, Visalia, CA 93277, is a residence and at the time I drove by, there was a 2008 Mercedes, model was unknown, color of this vehicle is silver, bearing California license plate number TJZBENZ, parked in the driveway of the residence. A record check on the license plate number showed the registered owner to be Tasha TAYIAN, 4216 South Mooney Boulevard, Apartment 350, Visalia, CA 93277. This is the same address JAMES uses on his DMV records. At that time, I obtained a legal description of the residence located at 630 West Cherry Court, Visalia, CA 93277,

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF FIREARMS
Investigation Report

and took a photograph of the residence and vehicle using a digital camera.

It is my belief JAMES has intentionally falsified or failed to divulge information on the federal ATF 4473 and state DROS forms with the intent to illegally gain possession of firearms, a violation of PC section 12076(c)(1). To the best of my knowledge, and over the course of fifteen (15) years, JAMES has attempted to purchase firearms eight (8) times and has succeeded at least one (1) time. Proof of his illegal intention is evident on the federal ATF 4473 and state DROS forms obtained from Big 5 Sporting Goods, documenting JAMES' attempted purchase of a rifle on 1/7/11. These documents show JAMES' willingness to provide false information and intentionally fail to divulge information on the federal ATF 4473 and state DROS forms to obtain firearms by illegal means.

I believed JAMES would have retained documentation (federal ATF 4473 and state DROS forms) of the previous seven (7) attempted illegal purchases of firearms at his residence, 630 West Cherry Court, Visalia, CA 93277, further supporting the fact of JAMES' illegal intention to possess firearms. A signature on both federal and state forms certifies the information provided by the purchaser is true and correct, and any incorrect information can be punishable under state PC section 118(a), perjury.

During his sworn testimony on 7/25/11, JAMES admitted to being informed of his denial to purchase firearms by Big 5 Sporting Goods, after the 1/7/11, transaction. After he was called to the store to obtain his refund of the purchase price of the rifle, the store provided him a copy of the CA DOJ Denial Letter. JAMES would have been provided CA DOJ Denial Letters at each of his prior seven (7) attempts to purchase firearms. I believed copies of these CA DOJ Denial Letters would be in JAMES' possession.

Based upon this information and investigation, I authored and obtained a search warrant for JAMES, his residence and any vehicles under his control. The issuing Judge was, Tulare Superior Court Judge Hillman, who signed the warrant on 10/4/11, at 1136 hours.

On 10/13/11 at about 1300 hours, BOF SAs conducted a operational briefing at a predetermined location in the city of Tulare, CA. Present during the briefing were Special Agent Supervisors (SASs) Lee Careaga, Andre Lemay, Blake Graham, SAs Fred Fuerte, Frank Navarro, Fred Frausto, Bradley Bautista, Peter Bermudez, myself, Luke Powell, and Visalia Police Department (VPD) Officer Jeff Dowling. All personal donned appropriate uniforms which clearly identified themselves as "POLICE" officers. The purpose of the briefing was to serve a search warrant at 630 W. Cherry court, Visalia, CA.

At 1339 hours, SAs executed the search warrant at 630 W. Cherry Court, Visalia, CA. As agents approached the front door of the residence, SA Frank Navarro repeatedly knock on the front door and announced in a load voice three (3) times, "Police, search warrant, open the door." After waiting more than thirty (30) seconds and after receiving no response from inside the residence, SAs forced open the front door and entered the residence. During a protective sweep of the interior of the residence, no one was located inside.

Before SAs began searching the residence for the items listed in the search warrant, I took beginning

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF FIREARMS

## Investigation Report

photographs to document the damage to the front door, sustained during the forced entry, and the state of the residence prior to searching. The photographs were later downloaded to CD and entered into evidence. For further details, refer to the evidence section of this report.

At 1407 hours, I telephoned JAMES on his cellular telephone, (559) 352-6982, and left him a voice mail asking him to return my call. Within minutes, JAMES returned my call. I explained I was serving a search warrant at his home and requested he return home to secure the residence upon our departure. JAMES agreed and stated he would be coming with his attorney.

SAs began searching the residence for the items listed in the search warrant.

At 1432 hours, JAMES returned to his residence, along with his legal representative, Leonard HERR. I detained JAMES in the driveway of the residence and advised him he was not under arrest but he was being detained in handcuffs to limit his movement and for officer safety reasons. JAMES acknowledged his understanding and I escorted JAMES into his residence. JAMES' attorney was not admitted inside do to the ongoing investigation. I provided JAMES a copy of the search warrant and my business card. JAMES asked me to give the search warrant to his attorney and complied with his request. I also provided JAMES' attorney my business card.

At 1442 hours, I read JAMES his Miranda Rights from my issued Miranda card. JAMES understood and invoked his right to remain silent. Respecting his request I did not ask JAMES any questions relevant to this investigation. I did ask for JAMES' cooperation with opening up the three safes located inside his residence, to avoid any damage to the safes themselves or the property contained within. JAMES agreed to open the safes and did so, on his own free will. Respecting JAMES' privacy, I did not ask JAMES for the combination to his safes and I did not look over his shoulder while he entered the combinations. I later downloaded a copy of my conversation with JAMES onto CD and booked that CD into evidence.

During the search of JAMES' residence, SAs located: one (1) unregistered assault weapon (per PC section 12276.1(a)(2), a semiautomatic center fire rifle that has a fixed magazine with the capacity to accept more than 10 rounds); fourteen (14) rifles; eight (8) shotguns; seven (6) handguns; twenty-nine (29) handgun and rifle magazines; four thousand thirty-three (4033) rounds of various caliber ammunition; documents; and a slot machine. JAMES had unrestricted access to all of the above items. I photographed all of the above items prior to manipulation and collection. All of the above items were seized into evidence and property receipts were completed for each item. For a further description of the items and their exact located found, refer to the evidence section of this report.

I provided JAMES with copies of the property receipts documenting the items seized into evidence and the search warrant notice/proof of service.

All of the above items were seized into evidence by myself and later booked into the Fresno BOF evidence Vault.

Following the search of JAMES' residence and the seizure of the above listed items, I took ending photographs of JAMES' residence to document the condition of the home just prior to our departure

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF FIREARMS

## Investigation Report

and subsequent to the search. At 1714 hours, I secured JAMES' residence, at his request, by locking the front security screen door. I transported JAMES booked him into the Tulare County Jail for PC sections 12280(b), possession of an unregistered assault weapon and 12076(c)(1), knowingly furnish incorrect information for electronic transfer of a firearm.

Upon the review of this case by the Tulare County District Attorney's Office, I request the consideration of the additional charges of PC section 182, perjury and PC section 330.1(a), possession of a slot machine.

Additionally, this investigation will be refer to the United States Attorney for prosecution consideration of JAMES for violations of Title 18 United States Code, sections 922(a)(6), acquisition or attempted acquisition of any firearm by false or misrepresented identification, and 922(g)(9), illegal possession of any firearm by a person convicted of a misdemeanor crime of domestic violence.

This report closes this investigation.

PHYSICAL DESCRIPTION:

A. Subjects:

1.  JAMES, SCOTT RAY II, WMA, DOB-12/13/1970, 5'08", 175 lb., HAIR-BROWN, EYE-BROWN, SMT-TAT UR ARM
    Bulldog Wrestling, CDL-C7081820, SSN-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, CII-A10501636, CDC-UNK, FBI-569019VA7
    RESIDENCE: 630 W CHERRY CT, VISALIA, TULARE COUNTY, CA 93277-0000 (RESIDENCE)
    PHONE: (559) 352-6982 (CELLULAR)

B. Other(s):

NONE

VEHICLE(S):

1.  2006 BLACK HARLEY-DAVIDSON SUPER GLIDE MOTORCYCLE
    LICENSE #: 18C6022 CA
    R/O: JAMES, SCOTT RAY II; 630 W. CHERRY COURT, VISALIA, CA
2.  2011 GOLD CHEVROLET TAHOE
    LICENSE #: 6PMR543 CA
    R/O: JAMES, SCOTT RAY II; 630 W. CHERRY COURT, VISALIA, CA

LOCATION(S):

1.  630 W CHERRY CT, VISALIA, TULARE COUNTY, CA 93277-0000 (RESIDENCE)
2.  1430 S MOONEY BL, VISALIA, TULARE COUNTY, CA 93277-0000 (BUSINESS)

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF FIREARMS
**Investigation Report**

TELEPHONE(S):

1.  (559) 352-6982 (CELLULAR)

EVIDENCE:

| ITEM NUMBER | DESCRIPTION | LOCATION FOUND |
|---|---|---|
| 001-001 | Smith & Wesson, Model 19-4, 357, Revolver, Serial #57K0266, Black, 6 INCHES | Seized from west gun safe in garage. |
| 001-002 | Sturm, Ruger & Co., Model P89, 9 MM, Semiautomatic Action (Autoloading), Serial #30742212, Black, 4.5 INCHES | Seized from west gun safe in garage. |
| 001-003 | Smith & Wesson, Model sw380, 380, Semiautomatic Action (Autoloading), Serial #RAC5230, Black, 3 INCHES | Seized from west gun safe in garage. |
| 001-004 | Taurus, Model 85, 38 AUTOMATIC (38 ACP), Semiautomatic Action (Autoloading), Serial #LG88310, Black, 2 INCHES | Seized from west gun safe in garage. |
| 001-005 | Kimber, Model team Match II, 45, Semiautomatic Action (Autoloading), Serial #K191430, Aluminum/Silver, 5 INCHES | Seized from west gun safe in garage. |
| 001-006 | (20) Handgun magazines and (3) rifle magazines. | Seized from west gun safe in garage. |
| 001-007 | 350 Rounds, MISCELLANEOUS CALIBERS | Seized from west gun safe in garage. |
| 001-008 | Finnwolf, Model vl63, 243, Lever Action, Rifle, Serial #2916, Black, 23 INCHES | Seized from west gun safe in garage. |
| 001-009 | Kimber, Model 8400, Lever Action, Rifle, Serial #KW23158, Black, 24.5 INCHES | Seized from west gun safe in garage. |
| 001-010 | Sturm, Ruger & Co., Model Ranch Rifle, 223, Semiautomatic Action (Autoloading), Rifle, Serial #19582941, Black, 18 INCHES | Seized from west gun safe in garage. |

**State of California**
**Department of Justice**
**Division of Law Enforcement**
**BUREAU OF FIREARMS**
## Investigation Report

| | | |
|---|---|---|
| 001-011 | Winchester, Model 94AE, 30-30, Lever Action, Rifle, Serial #5316449, Black, 20 INCHES | Seized from west gun safe in garage. |
| 001-012 | Unknown Make, Model 1 of 300, 12 GAUGE, Over And Under, Shotgun, Serial #NRA018, Black, 28 INCHES; Make was New SKB Arms. | Seized from west gun safe in garage. |
| 001-013 | Olympic Arms, Model PCR99, 223, Semiautomatic Action (Autoloading), Serial #KX2139, Black, 18 INCHES | Seized from west gun safe in garage. |
| 001-014 | Charles Daly, Model Unknown, 12 GAUGE, Semiautomatic Action (Autoloading), Shotgun, Serial #6104683, Black, 28 INCHES | Seized from west gun safe in garage. |
| 001-015 | Winchester, Model 1300 ranger, 12 GAUGE, Pump Action, Shotgun, Serial #L2358693, Black, 28 INCHES | Seized from west gun safe in garage. |
| 001-016 | Smith & Wesson, Model 1020, 20 GAUGE, Semiautomatic Action (Autoloading), Shotgun, Serial #UCC5608, Black, 28 INCHES | Seized from west gun safe in garage. |
| 001-017 | Benelli S.P.A., Model Grade 1, 12 GAUGE, Semiautomatic Action (Autoloading), Shotgun, Serial #BF01749, Black, 28 INCHES | Seized from west safe in garage. |
| 001-018 | Sturm, Ruger & Co., Model m77, 270 Win, Bolt Action, Rifle, Serial #7582985, Black, 23 INCHES | Seized from west gun safe in garage. |
| 001-019 | Remington Arms Co, Model Unknown, Pump Action, Rifle, Serial #204222, Black, 22 INCHES | Seized from west gun safe in garage. |
| 001-020 | Benelli S.P.A., Model 112, 12 GAUGE, Semiautomatic Action (Autoloading), Shotgun, Serial #BF05220, Black, 28 INCHES | Seized from west gun safe in garage. |

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF FIREARMS

## Investigation Report

| 001-021 | Benelli S.P.A., Model Alcione, 12 GAUGE, Over And Under, Shotgun, Serial #5221904, Black, 28 INCHES | Seized from west gun safe in garage. |
|---|---|---|
| 001-022 | Winchester, Model 63, Semiautomatic Action (Autoloading), Rifle, Serial #158997A, Black, 22.5 INCHES | Seized from west gun safe in garage. |
| 001-023 | Marlin Firearms Co., Model 883, Bolt Action, Rifle, Serial #10721103, Black, 22 INCHES | Seized from west gun safe in garage. |
| 001-024 | Sturm, Ruger & Co., Model m77, 22-250, Bolt Action, Rifle, Serial #78317780, Black, 27 INCHES | Seized from west gun safe in garage. |
| 001-025 | Kimber, Model 84m, 22-250, Bolt Action, Rifle, Serial #KM07367, Black, 26.5 INCHES | Seized from west gun safe in garage. |
| 001-026 | Browning Arms Co., Model bps, 12 GAUGE, Pump Action, Shotgun, Serial #11822PW152, Black, 28 INCHES | Seized from west gun safe in garage. |
| 001-027 | Amadeo Rossi & Co., Model Puma M92, 357, Lever Action, Rifle, Serial #SK114789, Black, 20 INCHES | Seized from west gun safe in garage. |
| 001-028 | Remington Arms Co, Model 710, 270 Win, Bolt Action, Rifle, Serial #71290746, Black, 22 INCHES | Seized from west gun safe in garage. |
| 001-029 | Remington Arms Co, Model 700, 30.06, Bolt Action, Rifle, Serial #A6824775, Black, 22 INCHES | Seized from west gun safe in garage. |
| 001-030 | Savage Arms Corp, Div Of Emhart Corp, Model 110L, 270 Win, Bolt Action, Rifle, Serial #65697, Black, 25 INCHES | Seized from west gun safe in garage. |
| 001-031 | (3) Paper documents depicting information for firearms purchase. | Seized from west gun safe in garage. |
| 001-032 | 1500 Rounds, MISCELLANEOUS | Seized from east gun safe in |

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF FIREARMS

**Investigation Report**

| | CALIBERS | garage. |
|---|---|---|
| 001-033 | (3) High capacity rifle magazines. | Seized from east gun safe in garage. |
| 001-034 | (1) DOJ letter, Notice of Prohibition. | Seized from east gun safe in garage. |
| 001-035 | 300 Rounds, MISCELLANEOUS CALIBERS | Seized from inside a black duffle bag located on top a filing cabinet in garage. |
| 001-036 | (3) Ten round Glock magazines. | Seized from master bedroom, north side headboard/nightstand. |
| 001-037 | 1883 Rounds, MISCELLANEOUS CALIBERS | Seized from inside master bedroom closet. |
| 001-038 | Glock, Inc., Model 22, 40 S&W, Semiautomatic Action (Autoloading), Serial #LEU046, Black, 4.5 INCHES | Seized from master bedroom, north side of headboard/nightstand. |
| 001-039 | (1) "Pani Saurus" slot machine, serial #5156772. | Seized from game room. |
| 001-040 | (1) CD containing digital photographs of residence, suspect and evidence seized. | |
| 001-041 | (1) CD containing audio recording of interview with JAMES. | |

ATTACHMENT(S):

1-1 Property Receipts
1-2 Automated Firearms System (AFS) Printouts
1-3 Copy of Search Warrant
1-4 Dealer's Record of Sale (DROS) Forms
1-5 Visalia Police Department Case #A96-14148
1-6 Copies of Evidence Items 001-031 and 001-034
1-7 Copies of Photographs

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF FIREARMS
**Investigation Report**

| SIGNATURE: | DATE: 10/14/11 | APPROVAL SIGNATURE: | DATE: 10/14/11 |
|---|---|---|---|
| PRINTED NAME: POWELL, LUKE ELLIOTT | | PRINTED NAME: CAREAGA, LEE | |
| TITLE: SPECIAL AGENT | | TITLE: SPECIAL AGENT SUPERVISOR | |
| REPORT DISSEMINATION: | | | |

Attachment 1-1

California Department of Justice
Division of Law Enforcement
Bureau of Firearms

**PROPERTY RECEIPT**

Page 1 of 2

Date 10/13/11

Inv.# BOF-FR201-0014b

Inv. Name JAMES, SCOTT

**Property Received From:**

Name: JAMES, SCOTT

Address: 630 W. CHERRY CT.

County: VISALIA, TULARE CA

| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
|---|---|---|---|---|---|---|---|---|
| 001-001 | Smith + Wesson | 19-4 | 57K0266 | .357 | 6" | R | P | E |
| 001-002 | Sturm Ruger & Co | P89 | 307-42212 | 9mm | 4.5" | I | P | E |
| 001-003 | Smith + Wesson | SW380 | RAC5230 | .380 | 3" | I | P | E |
| 001-004 | Taurus | 85 | LG88310 | .38 | 2" | R | P | E |
| 001-005 | Kimber | Team Match II | K191430 | .45 | 5" | I | P | E |
| | | | | | | | | |
| | | | | | | | | |

| Item# | Description | Location Found |
|---|---|---|
| 001-006 | One bag containing twenty (20) handgun and three (3) rifle magazines. | |
| 001-007 | One bag containing approx. 350 rounds of various caliber live ammo | |

★ All above items seized from first gun safe in garage

L. Powell
Receiving Individual (print or type)

Receiving Individual (signature)

Navarro
Witnessing Individual (print or type)

Witnessing Individual (signature)

BOF 936 (Rev. 5/2010)

California Department of Justice
Division of Law Enforcement
Bureau of Firearms

**PROPERTY RECEIPT**

Page _2_ of _8_

Date _10/13/11_

Inv.# _BOF·FA2011·00140_

Inv. Name _JAMES, SCOTT_

**Property Received From:**

Name: _JAMES, SCOTT_

Address: _630 W. CHERRY CT._

County: _VISALIA, TULARE, CA_

| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
|---|---|---|---|---|---|---|---|---|
| 001-008 | Finnwolf | VL63 | 2916 | .243 | 23" | L | R | E |
| 001-009 | Kimber | 8400 | KW2315B | 300win | 24.5" | L | R | E |
| 001-010 | Sturm, Ruger & Co | Ranch Rifle | 19582941 | .223 | 18" | I | R | E |
| 001-011 | Winchester | 94 AE | 5316449 | 30·30 | 20" | L | R | E |
| 001-012 | New SKB Arms | 1 of 300 | NRA018 | 12g | 28" | Top Break | S | E |
| 001-013 | Olympic Arms | PCR99 | KX2139 | .223 | 18" | I | R | E |
| 001-014 | Charles Daly | Unkn. | 6104683 | 12g | 28" | I | S | E |

| Item# | Description | Location Found |
|---|---|---|
| | x Above items located in West gun safe - garage | |

_L. Powell_
Receiving Individual (print or type)

Receiving Individual (signature)

_A. Zavarru_
Witnessing Individual (print or type)

Witnessing Individual (signature)

BOF 936 (Rev. 5/2010)

Page 1 of 2



California Department of Justice
Division of Law Enforcement
Bureau of Firearms

Page 3 of 8

Date 10/13/11

**PROPERTY RECEIPT**

Inv.# bof·FL2011·00140

Inv. Name JAMES, SCOTT

Property Received From:

Name: JAMES, SCOTT

Address: 630 W. CHERRY CT.

County: VISALIA, TULARE, CA

| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
|--------|------|-------|----------|---------|---------------|------|------|------|
| 001-015 | Winchester | 1300 Ranger | L2358693 | 12g | 28" | P | S | E |
| 001-016 | Smith & Wesson | 1020 | UCC5608 | 20g | 28" | I | S | E |
| 001-017 | Benelli (Franchi) Arms | Grade I | BF01749 | 12g | 28" | I | S | E |
| 001-018 | Sturm, Ruger & Co | M77 | 7582985 | 270win | 23" | B | R | E |
| 001-019 | Remington Arms Co. | Unknown | 204222 | .22 | 22" | P | R | E |
| 001-020 | Benelli (Franchi) Arms | I12 | BF05220 | 12g | 28" | I | S | E |
| 001-021 | Benelli (Franchi) Arms | ALCIONE | 5221904 | 12g | 28" | Top Break | S | E |

| Item# | Description | Location Found |
|-------|-------------|----------------|
| | | |

\* Above items located in West Gun Safe - garage

L. Powell
Receiving Individual (print or type)

Receiving Individual (signature)

Navarro
Witnessing Individual (print or type)

Witnessing Individual (signature)

BOF 936 (Rev 5/2010)

California Department of Justice
Division of Law Enforcement
Bureau of Firearms

**PROPERTY RECEIPT**

Date _10/13/11_

Inv.# _BOF FR201-0040_

Inv. Name _JAMES, SCOTT_

**Property Received From:**

Name: _JAMES, SCOTT_

Address: _630 W. CHERRY CT._

County: _VISALIA, TULARE, CA_

| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
|--------|------|-------|----------|---------|---------------|------|------|------|
| 001-022 | Winchester | 63 | 158997A | .22 | 22.5" | I | P | E |
| 001-023 | Marlin Firearms Co | 883 | 10721103 | .22 | 22" | B | R | E |
| 001-024 | Sturm, Ruger & Co | M77 | 78317780 | 22-250 | 27" | B | R | E |
| 001-025 | Kimber | 84M | KM07367 | 22-250 | 26.5" | B | R | E |
| 001-026 | Browning Arms Co | BPS Shotgun | 11822PW152 | 12g | 28" | P | S | E |
| 001-027 | A. Rossi | Puma M92 | SK114789 | .357 | 20" | L | R | E |
| 001-028 | Remington | 710 | 71290746 | 270win | 22" | B | R | E |

| Item# | Description | Location Found |
|-------|-------------|----------------|
| | *Above items located in West Gun safe - garage | |

_L. Povar_
Receiving Individual (print or type)

Receiving Individual (signature)

_Navarro_
Witnessing Individual (print or type)

Witnessing Individual (signature)

BOF 936 (Rev. 5/2010)

California Department of Justice
Division of Law Enforcement
Bureau of Firearms

**PROPERTY RECEIPT**

Page: 5 of 6

Date 10/13/11

Inv.# BOF-FR2011-00140

Inv. Name JAMES, SCOTT

**Property Received From:**

Name: JAMES, SCOTT

Address: 630 W. CHERRY CT.

County: VISALIA, TULARE, CA

| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
|---|---|---|---|---|---|---|---|---|
| 001-029 | Remington | 700 | A6824775 | 30-06 | 22" | B | R | E |
| 001-030 | Savage Arms | 110L | 65697 | 270win | 24" | B | R | E |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Item# | Description | Location Found |
|---|---|---|
| 001-031 | Three (3) paper documents depicting info. for firearm purchases | |

* All above items located in West gun safe - garage

L Powell
Receiving Individual (print or type)

_____
Receiving Individual (signature)

Navarro
Witnessing Individual (print or type)

_____
Witnessing Individual (signature)

BOF 936 (Rev. 5/2010)

California Department of Justice
Division of Law Enforcement
Bureau of Firearms

## PROPERTY RECEIPT

Page ___6___ of ___8___

Date __10/13/11__

Inv.# __BOF.FA2091-00140__

Inv. Name __JAMES, SCOTT__

**Property Received From:**

Name: __JAMES, SCOTT__

Address: __630 W. CHERRY CT.__

County: __VISALIA, TULARE CA__

| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
|--------|------|-------|----------|---------|---------------|------|------|------|
| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |

| Item# | Description | Location Found |
|-------|-------------|----------------|
| 001-032 | One box containing approx 1,500 rounds of various caliber live ammo. | |
| 001-033 | Three (3) high capacity rifle mags. | |
| 001-034 | One (1) DOJ Letter (Purchaser Prohibited Notification) | |
| * Above items located in East Gun safe - garage. | | |

Receiving Individual (print or type): L. Power

Receiving Individual (signature): _____

Witnessing Individual (print or type): Navarro

Witnessing Individual (signature): _____

BOF-936 (Rev. 5/2010)

Page 1 of 2

California Department of Justice
Division of Law Enforcement
Bureau of Firearms

**PROPERTY RECEIPT**

Page _7_ of _8_

Date _10/13/11_

Inv.# _BF·R2010·0040_

Inv. Name _JAMES, SCOTT_

**Property Received From:**

Name: _JAMES, SCOTT_

Address: _630 W. CHERRY CT_

County: _VISALIA, TULARE CA_

| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
|--------|------|-------|----------|---------|---------------|------|------|------|
| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |

| Item# | Description | Location Found |
|-------|-------------|----------------|
| 001-035 | APPROXIMATELY 300 ROUNDS OF VARIOUS CALIBER AMMUNITION (ITEMS LOCATED INSIDE BLACK DUFFEL BAG ON TOP OF FILING CABINET IN GARAGE) | |

_L. Powell_
Receiving Individual (print or type)

Receiving Individual (signature)

_Navarro_
Witnessing Individual (print or type)

Witnessing Individual (signature)

BOF 936 (Rev 5/2010)

Page 1 of 2

California Department of Justice
Division of Law Enforcement
Bureau of Firearms

**PROPERTY RECEIPT**

Page _____ of _____

Date _10/13/11_

Inv.# _BOF FI2011-00140_

Inv. Name _JAMES, SCOTT_

**Property Received From:**

Name: _JAMES, SCOTT_

Address: _630 W. CHERRY CT._

County: _VISALIA, TULARE CA_

| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
|---|---|---|---|---|---|---|---|---|
| 001-038 | Glock | 22 | JEU046 | 40 | 4.5" | I | P | E |
| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
|  |  |  |  |  |  |  |  |  |
| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
|  |  |  |  |  |  |  |  |  |
| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
|  |  |  |  |  |  |  |  |  |
| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
|  |  |  |  |  |  |  |  |  |
| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
|  |  |  |  |  |  |  |  |  |
| Item # | Make | Model | Serial # | Caliber | Barrel Length | Cat. | Type | Doc. |
|  |  |  |  |  |  |  |  |  |

| Item# | Description | Location Found |
|---|---|---|

001-036 THREE (3), TEN (10) ROUNDS 40 CALIBER GLOCK MAGAZINES

001-037 APPROXIMATELY 1883 ROUNDS OF VARIOUS CALIBER AMMUNITION

(ITEMS LOCATED INSIDE MASTER BEDROOM & MASTER BEDROOM CLOSET)

001-039 (1) PANZER SAURUS SLOT MACHINE A515672

Receiving Individual (print or type) _____ C. Penza

Receiving Individual (signature)

Witnessing Individual (print or type) _Navarro_

Witnessing Individual (signature)

BOF 936 (Rev 5/2010)

Attachment 1-2



**California Department of Justice**

# LEAWEB MESSAGE RESPONSE

Print Response

```
4CMRS012649.TG
CA0109425 RE: SER/57K0266
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* EVIDENCE
SER/57K0266 MAK/SW SMITH AND WESSON CAL/357
TYP/PR PISTOL  REVOLVER MOD/19 4
DOT/20111013 BBL/6
ORI/CA0109425 OCA/BOF-FR2011-00140
NOA/N
FCN/8241128700620

* CRIME GUN
SER/57K0266 MAK/SW SMITH AND WESSON CAL/357
TYP/PR PISTOL  REVOLVER MOD/19 4
DOT/20111013 BBL/6
  *** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5212 OFN/POWELL,LUKE WPA/N IPW/Y COT/54 TULARE
RSB/630 RFD/W RSN/CHERRY
RSS/CT CTY/VISALIA RZP/93277
  *** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19701231
SSB/630 SPD/W SSN/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/BOF FR2011-00140
FCN/8241128700619


CHECKING NCIC
END AFS RESPONSE

4CKRS012649.IJ
1L01
CA0109425

NO RECORD SER/57K0266
```

- **\*\*LEAWEB MESSAGE COMPLETE\*\***

Submit Another Message
Return to Menu Page
Return to Home Page



California Department of Justice
**LEAWEB MESSAGE RESPONSE**

Print Response

```
4CMRS012662.IG
CA0109425 RE: SER/30742212
RESPONSE TO OGB INQUIRY

DATA IN AFS.

* EVIDENCE
SER/30742212 MAK/SR STURM, RUGER & CO CAL/9
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/P89
DOF/20111013 BBL/4-5
ORI/CA0109425 OCA/BOF-FR2011-C0140
NOA/N
FCN/8241128700641


* CRIME GUN
SER/30742212 MAK/SR STURM, RUGER & CO CAL/9
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/P89
DOF/20111013 BBL/4-5
 *** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5212 OFN/POWELL,LUKE WPA/N IPW/Y COT/54 TULARE
RSR/630 RPD/W RSN/CHERRY
RSS/CT CTY/VISALIA SZP/93277
 *** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19701231
SSR/630 SPD/W SSN/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/BOF-FR2011-C0140
FCN/8241128700640


* DROS - DEALER SALE
SER/30742212 MAK/SR STURM, RUGER & CO CAL/9
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/P89
DOF/19931231 BBL/4-D
 *** PURCHASER INFORMATION ***
NAM/FERSUM,NATHAN PAUL DOB/19630730 OLN/N27798
ADR/134 NORTH PEPPER TREE
CTY/VISALIA ST/CA ZIP/93291 CCC/5400
ORI/CA0540000 OCA/N751591
MIS/BIU
FCN/5939468902423


CHECKING NCIC
END AFS RESPONSE.


4CMRS012662.IG
1L01
CA0109425


NO RECORD SER/30742212
```

- **\*\*LEAWEB MESSAGE COMPLETE\*\***

Submit Another Message
Return to Menu Page
Return to Home Page



**California Department of Justice**
# LEAWEB MESSAGE RESPONSE

| Print Response |

```
4CMRS012667.1G
CA0109425 RE: SER/RAC5230
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* EVIDENCE
SER/RAC5230 MAK/SW SMITH AND WESSON CAL/380
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/SW380
DOT/20111013 BBL/3
ORI/CA0109425 OCA/BOF-FR2011-00140
NCA/N
FCN/8241128700655

* CRIME GUN
SER/RAC5230 MAK/SW SMITH AND WESSON CAL/380
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/SW380
DOT/20111013 BBL/3
*** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5212 OFN/POWELL,LUKE WPA/N IPW/Y CCT/54 TULARE
RSB/630 RPD/W RSN/CHERRY
RSS/CT CTY/VISALIA RZF/93277
*** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19701231
SSB/630 SPD/W SSN/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/BOF-FR2011-00140
FCN/8241128700654

* DROS - DEALER SALE
SER/RAC5230 MAK/SW SMITH AND WESSON CAL/380
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/SIGMA
DOT/19960102 BBL/3
*** PURCHASER INFORMATION ***
NAM/TOWERS,JAMES HILTON JR DOB/19381111 CII/01584153
ADR/39291 MILLWOOD DR
CTY/WOODLAKE ST/CA ZIP/93286 CCC/5400
ORI/CA0430800 OCA/R779195
MIS/BLU
FCN/5239620403834


CHECKING NCIC
END AFS RESPONSE.

4CMRS012667.1G
1L01
CA0109425

NO RECORD SER/RAC5230
```

- **\*\*LEAWEB MESSAGE COMPLETE\*\***

Submit Another Message
Return to Menu Page
Return to Home Page



**California Department of Justice**
# LEAWEB MESSAGE RESPONSE

Print Response

```
4CMRS012678.IG
CAO105425 RE: SER/LG88310
RESPONSE TO OGB INQUIRY

DATA IN AFS.

* EVIDENCE
SER/LG88310 MAK/TAS TAURUS FORJAS CAL/38
TYP/PR PISTOL  REVOLVER MOD/85
DOT/20111013 BBL/2
ORI/CAO109425 OCA/BOF-FR2011-00140
NOA/N
FCN/8241128700678

* CRIME GUN
SER/LG88310 MAK/TAS TAURUS FORJAS CAL/38
TYP/PR PISTOL  REVOLVER MOD/85
DOT/20111013 BBL/2
*** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5212 OFN/POWELL,LUKE WPA/N JPW/Y COT/54 TULARE
RSB/630 RPD/W RSN/CHERRY
RSS/CT CTY/VISALIA RZP/93277
*** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19781231
SSB/630 SPD/W SSS/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CAO109425 OCA/BOF-FR2011-00140
FCN/8241128700677

* DROS - DEALER SALE
SER/LG88310 MAK/TAS TAURUS FORJAS CAL/38
TYP/PR PISTOL  REVOLVER MOD/85MULTI
DOT/20031229 BBL/2
*** PURCHASER INFORMATION ***
NAM/CARLTON,SCOTT THOMAS DOB/19690805 OLN/C5668817
ADR/5849 W HOWARD
CTY/VISALIA ST/CA ZIP/93277 CCC/5400
ORI/CAO168100 OCA/T150AB29
FCN/2220100100387

* DROS - DEALER SALE
SER/LG88310 MAK/TAS TAURUS FORJAS CAL/38
TYP/PR PISTOL  REVOLVER MOD/85
DOT/19930126 BBL/2
*** PURCHASER INFORMATION ***
NAM/VINSON,GINA L DOB/19651106 CII/05915997
ADR/129 SILVEYACRES DR
CTY/VACAVILLE ST/CA ZIP/95688 CCC/4800
ORI/CA0480600 OCA/NF73471
MIS/STD
FCN/5629308503250


CHECKING NCIC
END AFS RESPONSE

4CMRS012678.IG
1L01
CAO109425

NO RECORD SER/LG88310
```

* **LEAWEB MESSAGE COMPLETE**



California Department of Justice
# LEAWEB MESSAGE RESPONSE

Print Response

```
4CMRS014497.IG
CAC109425 RE: SER/K191431
RESPONSE TO OGN INQUIRY

DATA IN AFS.

* EVIDENCE
SER/K191431 MAK/KIE KIMBER CAL/45
TYP/P1 PISTOL  SEMI-AUTOMATIC MOD/TEAM MATCH II
DOT/20111013 BBL/5
ORI/CA0109425 OCA/BOF-FR2011-00140
NOA/N
FCN/6242128700698

* CRIME GUN
SER/K191431 MAK/KIE KIMBER CAL/45
TYP/P1 PISTOL  SEMI-AUTOMATIC MOD/TEAM MATCH II
DOT/20111013 BBL/5
   *** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5212 OFN/POWELL,LUKE WPA/N IFW/Y COU/54 TULARE
RSR/630 RPD/W RSN/CHERRY
RSS/CT CTY/VISALIA RZP/93277
   *** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOH/19701231
SSB/630 SPD/W SSN/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/BOF-FR2011 00140
FCN/6242128700697

* DROS - DEALER SALE
SER/K191431 MAK/KIE KIMBER CAL/45
TYP/P PISTOL  MOD/TEAMMATCH
DOT/20070208 BBL/5
   *** PURCHASER INFORMATION ***
NAM/JAMES,SCOTT RAY II DOB/19701231 CLK/C7061020
ADR/630 W CHERRY CT
CTY/VISALIA ST/CA ZIP/93277 CCC/5400
ORI/CA0540000 OCA/T3636038
FCN/5530704399672


CHECKING NCIC
END AFS RESPONSE.

4CMRS014497.IG
1L01
CAC109425

NO RECORD SER/K191431
```

- **LEAWEB MESSAGE COMPLETE**

Submit Another Message
Return to Menu Page
Return to Home Page



**California Department of Justice**
# LEAWEB MESSAGE RESPONSE

Print Response

```
4CMRS612715.1G
CA0109425 RE- SER/2916
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* EVIDENCE
SER/2916 MAK/SAK SAKO CAL/243
TYP/RL RIFLE  LEVER ACTION MOD/VLG3
DOT/20111013 BBL/23
ORI/CA0109425 OCA/BOF-FR2011-C0140
NOA/N
FCN/8241128701060

* CRIME GUN
SER/2916 MAK/SAK SAKO CAL/243
TYP/RL RIFLE  LEVER ACTION MOD/VLG3
DOT/20111013 BBL/23
 *** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5212 OFN/POWELL,LUKE WPA/N SPW/Y COT/54 TULARE
RSB/630 RPD/W RSN/CHERRY
RSS/CT CTY/VISALIA RZP/93277
 *** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19701231
SSB/630 SPD/W SSN/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/BOF FR2011 00140
FCN/8241108701059


CHECKING NCIC
END AFS RESPONSE.

4CMPS012715.1G
1L0I
CA0109425

MKE/STOLEN GUN
ORI/MA0031200 SER/2916 MAK/HR CAL/0
TYP/AU DOT/19731205
OCA/474
MIS/STOLEN FROM AIRPORT SP
NIC/G093222299 DTE/19731205 0800 EST DLU/19731205 0008 EST
ORI IS NORTH ATTLEBORO PD 508 695-1212
IMMED CONFIRM RECORD WITH ORI

MKE/STOLEN GUN
ORI/IA0820200 SER/2916 MAK/HOH CAL/300
TYP/R ROT/19771228
OCA/44563
MIS/H & H 300
NIC/G007158409 DTE/19780106 0000 EST DLU/19780106 0000 EST
ORI IS DAVENPORT PD 563 326 6125
IMMED CONFIRM RECORD WITH ORI

MKE/STOLEN GUN
ORI/AK0010100 SER/2916 MAK/UNKNOWN CAL/45 MOD/TEXASD
TYP/PR ROT/20030920
OCA/030050667
MIS/VONDAHNS 45 410
NIC/G068702917 DTE/20030922 1938 EST DLU/20030922 1938 EST
ORI IS ANCHORAGE PD 907 786-8966
IMMED CONFIRM RECORD WITH ORI
```

```
MKE/RECOVERED GUN
OFI/ILCPD00G4 SER/2926 MAK/1T CAL/50 MOD/FLINTLOCK
TYP/RS DOR/20090812
OCA/G0983794
MIS/11755458 BRL32 1/2 BLU
NIC/G752125340 DTE/20081123 1233 EST DLU/20091123 1233 EST
ORI IS CHICAGO PD 312 745-5206
IMMED CONFIRM RECORD WITH ORI
```

**LEAWEB MESSAGE COMPLETE**

Submit Another Message
Return to Menu Page
Return to Home Page

Case 1:13-cv-00983-AWI-SKO   Document 14-1   Filed 10/15/13   Page 46 of 74



**California Department of Justice**
# LEAWEB MESSAGE RESPONSE

Print Response

```
4CMRS012737.1G
CA0109425 RE: SER/KW23158
RESPONSE TO OGB INQUIRY

DATA IN AFS.

* EVIDENCE
SER/KW23158 MAK/KIE KIMBER CAL/300
TYP/RB RIFLE  BOLT ACTION MOD/8400
DOT/20111013 BBL/24-5
ORI/CA0109425 OCA/BOF-FK2011-00140
NOA/N
FCN/8241128700966

* CRIME GUN
SER/KW23158 MAK/KIE KIMBER CAL/300
TYP/RB RIFLE  BOLT ACTION MOD/8400
DOT/20111013 BBL/24-5
*** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5212 OFN/POWELL,JOSE WPA/N IPW/Y COT/54 TULARE
RSB/630 RPD/W RSN/CHERRY
RSS/CT CTY/VISALIA RZP/93277
*** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19701231
SSB/630 SPD/W SSN/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/BOF-FK2011-00140
FCN/8241128700965


CHECKING NCIC
END AFS RESPONSE.

4CMRS012737.1J
11.01
CA0109425

NO RECORD SER/KW23158
```

- **\*\*LEAWEB MESSAGE COMPLETE\*\***

<u>Submit Another Message</u>
<u>Return to Menu Page</u>
<u>Return to Home Page</u>



California Department of Justice
## LEAWEB MESSAGE RESPONSE

Print Response

```
4CMRS012744.1G
CA0109425 RE: SER/19582941
RESPONSE TO CGB INQUIRY

DATA IN AFS.

* EVIDENCE
SER/19582941 MAK/SR STURM, RUGER & CO CAL/223
TYP/RI RIFLE  SEMI AUTOMATIC MOD/RANCH RIFLE
DOT/20111013 BBL/18
ORI/CA0109425 OCA/BOF-FR2011-00140
NOA/N
FCN/8241128701100

* CRIME GUN
SER/19582941 MAK/SR STURM, RUGER & CO CAL/223
TYP/RI RIFLE  SEMI AUTOMATIC MOD/RANCH RIFLE
DOT/20111013 BBL/18
*** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5232 OFN/POWELL, LUKE WEA/N JTW/Y COT/54 TULARE
RSD/630 RPD/W RSN/CHERRY
RSS/CT CTY/VISALIA RZP/93277
*** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES, SCOTT DOB/19701231
SSB/630 SPD/W SSK/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/BOF FR2011-00140
FCN/8241128701105


CHECKING NCIC
END AFS RESPONSE.

4CMRS012744.1J
1LC1
CA0109425

NO RECORD SER/19582941
```

- **LEAWEB MESSAGE COMPLETE**

Submit Another Message
Return to Menu Page
Return to Home Page



California Department of Justice
# LEAWEB MESSAGE RESPONSE

Print Response

```
4CMRS012751.IG
CA0109425 RE: SER/5316449
RESPONSE TO OGE INQUIRY

DATA IN AFS.

* EVIDENCE
SER/5316449 MAK/WIN WINCHESTER CAL/30
TYP/RL RIFLE  LEVER ACTION MOD/94AE
DOT/20111013 BBL/20
ORI/CA0109425 OCA/POF FP2011-06140
NOA/N
FCN/8241128701052

* CRIME GUN
SER/5316449 MAK/WIN WINCHESTER CAL/30
TYP/RL RIFLE  LEVER ACTION MOD/94AE
DOT/20111013 BBL/20
  *** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5212 OPN/POWELL.LUKE WPA/N 1PW/Y COT/54 TULARE
RSB/630 RFD/W RSN/CHERRY
RSS/CT CTY/VISALIA RZP/93277
  *** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES.SCOTT DOB/19701231
SSB/630 SPD/W SSN/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/FOI-FP2011-06140
FCN/8241128701052


CHECKING NCIC
END AFS RESPONSE

4CMRS012751.IJ
1L01
CA0109425

NO RECORD SER/5316449
```

- **\*\*LEAWEB MESSAGE COMPLETE\*\***

Submit Another Message
Return to Menu Page
Return to Home Page



**California Department of Justice**
# LEAWEB MESSAGE RESPONSE

Print Response |

```
4CMRS012755 1G
CAC109425 RE: SER/NRA018
RESPONSE TO OGB INQUIRY

DATA IN AFS.

* EVIDENCE
SER/NRA018 MAK/SKE SKB ARMS CO. CAL/12
TYP/SO SHOTGUN  OVER AND UNDER MOD/10F300
DOT/20111013 BBL/28
ORI/CA0109425 OCA/BOF-FR2011-00140
NOA/N
FCN/8241328700950

* CRIME GUN
SER/NRA018 MAK/SKB SKB ARMS CO. CAL/12
TYP/SO SHOTGUN  OVER AND UNDER MOD/10F300
DOT/20111013 BBL/28
*** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5217 OFN/POWELL,LUKE WPA/N IPW/Y COT/54 TULARE
RSB/630 RPD/W RSN/CHERRY
RSS/CT CTY/VISALIA RZP/93277
*** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19701231
SSB/630 SPD/W SSN/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/BOF-FR2011-00140
FCN/8241328700957


CHECKING NCIC
END AFS RESPONSE.

4CMRS012755 1U
1L01
CA0109425

NO RECORD SER/NRA018
```

- **\*\*LEAWEB MESSAGE COMPLETE\*\***

**Submit Another Message**
**Return to Menu Page**
**Return to Home Page**



**California Department of Justice**

# LEAWEB MESSAGE RESPONSE

Print Response

```
4CMRS012762.IG
CA0109425 RF. SER/XX2139
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* EVIDENCE
SER/XX2139 MAK/SGW OLYMPIC ARMS CAL/223
TYP/RI RIFLE  SEMI-AUTOMATIC MOD/PCR99
DOT/20110013 BBL/18
ORI/CA0109425 OCA/BOF-FR2011-00140
NOA/N
FCN/8261128701393

* CRIME GUN
SER/XX2139 MAK/SGW OLYMPIC ARMS CAL/223
TYP/RI RIFLE  SEMI-AUTOMATIC MOD/PCR99
DOT/20110013 BBL/18
   *** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5212 OFR/POWELL,LUKE WPA/N IPW/Y COT/54 TULARE
RSE/620 RFD/W RSN/CHERRY
RSS/CT CTY/VISALIA RZP/93277
   *** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19701231
SSB/620 SPD/W SSN/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/BOF FR2011-00140
FCN/8261128701392


CHECKING NCIC
END AFS RESPONSE.

4CMRS012762.IG
11.01
CA0109425

NO RECORD SER/XX2139
```

- **\*\*LEAWEB MESSAGE COMPLETE\*\***

Submit Another Message
Return to Menu Page
Return to Home Page



California Department of Justice
## LEAWEB MESSAGE RESPONSE

| Print Response |

```
ICMRS012764.IG
CA0109425 RE: SER/6104683
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* EVIDENCE
SER/6104683 MAK/CHD CHARLES DALY CAL/12
TYP/SI SHOTGUN  SEMI-AUTOMATIC MOD/UNKNOWN
DOT/20111013 BBL/28
ORI/CA0109425 OCA/BOF-FR2011-00140
NOA/N
FCN/R243128701013


* CRIME GUN
SER/6104683 MAK/CHD CHARLES DALY CAL/12
TYP/SI SHOTGUN  SEMI-AUTOMATIC MOD/UNKNOWN
DOT/20111013 BBL/28
*** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5219 OFN/POWELL,LUKE WPA/N IPW/Y COT/54 TULARE
ESB/630 NPD/W RSN/CHERRY
RSS/CT CTY/VISALIA RZP/93277
*** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19701231
SSB/630 SPD/W SSN/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
CRI/CA0109425 OCA/BOF-FR2011-00140
FCN/R243128701013


CHECKING NCIC
END AFS RESPONSE.

4CMRS012764.IJ
IL01
CA0109425

NO RECORD SER/6104683
```

- **\*\*LEAWEB MESSAGE COMPLETE\*\***

Submit Another Message
Return to Menu Page
Return to Home Page



**California Department of Justice**
# LEAWEB MESSAGE RESPONSE

Print Response

```
4CMRS012771.1G
CA0109425 RE: SER/L2356693
RESPONSE TO OGR INQUIRY

DATA IN AFS.

* EVIDENCE
SER/L2356693 MAK/WIN WINCHESTER CAL/12
TYP/SP SHOTGUN  PUMP ACTION MOD/1300 RANGER
DOT/20111013 BBL/28
ORI/CA0109425 OCA/BOF-F82011-00140
NOA/N
FCN/8243128700983

* CRIME GUN
SER/L2356693 MAK/WIN WINCHESTER CAL/12
TYP/SP SHOTGUN  PUMP ACTION MOD/1300 RANGER
DOT/20111013 BBL/28
*** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5212 OFN/POWELL.LUKE WPN/N IPW/Y CTY/54 TULARE
RSD/630 RPD/W RSN/CHERRY
RSS/CT CTY/VISALIA RZD/93277
*** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES.SCOTT DOB/19701231
SSD/630 SPD/W SSN/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/BOF-F82011-00140
FCN/8243128700982


CHECKING NCIC
END AFS RESPONSE.

4CMRS012771.1J
JL01
CA0109425

NO RECORD SER/L2356693
```

- **\*\*LEAWEB MESSAGE COMPLETE\*\***

Submit Another Message
Return to Menu Page
Return to Home Page



California Department of Justice
# LEAWEB MESSAGE RESPONSE

Print Response

```
4CMRS012778.TG
CA0109425 RE: SER/UCC5608
RESPONSE TO OGR INQUIRY

DATA IN AFS.

* EVIDENCE
SER/UCC5608 MAK/SW SMITH AND WESSON CAL/20
TYP/SI SHOTGUN  SEMI-AUTOMATIC MOD/1020
DOT/20011013 BBL/28
ORI/CA0109425 OCA/BOF-FR2011-00140
NOA/N
FCN/8241128700854

* CRIME GUN
SER/UCC5608 MAK/SW SMITH AND WESSON CAL/20
TYP/SI SHOTGUN  SEMI-AUTOMATIC MOD/1020
DOT/20011013 BBL/28
 *** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5312 OFN/POWELL,LUKE WPA/N IPW/Y COT/54 TULARE
RSB/630 RPD/W RSN/CHERRY
RES/CT CTY/VISALIA RZP/93277
 *** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/OAMES,SCOTT DOB/19701231
SSB/630 SPD/W SSN/CHERRY
SRS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/BOF-FR2011-00140
FCN/8241128700853


CHECKING NCIC
END AFS RESPONSE.

4CMRS012778.TG
TLG1
CA0109425

NO RECORD SER/UCC5608
```

- **LEAWEB MESSAGE COMPLETE**

Submit Another Message
Return to Menu Page
Return to Home Page

Case 1:13-cv-00983-AWI-SKO   Document 14-1   Filed 10/15/13   Page 54 of 74



California Department of Justice
# LEAWEB MESSAGE RESPONSE

Print Response

4CMRS012837.IG
CA0105425 RE: SER/BF01749
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* EVIDENCE
SER/BF01749 MAK/BNL BENELLI SPA CAL/12
TYP/SI SHOTGUN  SEMI-AUTOMATIC MOD/GRADE I
DOT/20111013 BBL/28
ORI/CA0109425 OCA/BOF-FR2011 00140
NOA/N
FCN/8241128700837

* CRIME GUN
SER/BF01749 MAK/BNL BENELLI SPA CAL/12
TYP/SI SHOTGUN  SEMI-AUTOMATIC MOD/GRADE I
DOT/20111013 BBL/28
   *** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5212 OFN/POWELL,LUKE WPA/N IPW/Y COT/54 TULARE
RSR/F30 RPD/W RSN/CHERRY
RSS/CT CTY/VISALIA RZP/93277
   *** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19701231
SSB/630 SPD/W SSN/CHERRY
SSS/CT CTY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/BOF-FR2011-00140
FCN/8241128700836

CHECKING NCIC
END AFS RESPONSE.

4CMRS012837.IG
1L01
CA0109425

NO RECORD SER/BF01749

- **LEAWEB MESSAGE COMPLETE**

Submit Another Message
Return to Menu Page
Return to Home Page



California Department of Justice
# LEAWEB MESSAGE RESPONSE

Print Response

```
4CMRS012842.IC
CAC109425 RE: SER/7582985
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* EVIDENCE
SER/7582985 MAK/SR STURM, RUGER & CO CAL/270
TYP/RB RIFLE  BOLT ACTION MOD/K77
DOT/20111015 BBL/23
ORI/CA0109425 OCA/BOF-FR2011-00140
NCA/N
FCN/8241128701418

* CRIME GUN
SER/7582985 MAK/SR STURM, RUGER & CO CAL/270
TYP/RB RIFLE  BOLT ACTION MOD/M77
DCT/20111013 BBL/23
  *** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5212 OFN/POWELL,LUKE WPA/N IFW/Y DOT/54 TULARE
RSb/630 RPD/W RSN/CHERRY
RSS/CT CTY/VISALIA RZP/93277
  *** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19701231
SSB/630 SPD/W SSN/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CAC109425 OCA/BOF-FR2011-00140
FCN/8241128701417


CHECKING NCIC
FND AFS RESPONSE.

4CMRS012842.13
ILO3
CA0109425

NO RECORD SER/7582985
```

• **LEAWEB MESSAGE COMPLETE**

Submit Another Message
Return to Menu Page
Return to Home Page

**California Department of Justice**
# LEAWEB MESSAGE RESPONSE

Print Response

```
4CMRSO12846.IG
CA0109425 RE: SER/204222
RESPONSE TO QGE INQUIRY

DATA IN AFS.

* EVIDENCE
SER/204222 MAK/REM REMNGTN ARMS CO.,INC CAL/22
TYP/RP RIFLE  PUMP ACTION MOD/UNKNOWN
DOT/20011013 BEL/22
ORI/CA0109425 OCA/BCF-FR2011 00140
NOA/N
FCN/8241328701043

* CRIME GUN
SER/204222 MAK/REM REMNGTN ARMS CO.,INC CAL/22
TYP/RP RIFLE  PUMP ACTION MOD/UNKNOWN
DOT/20011013 BEL/22
  *** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5232 OFN/POWELL,LURF WPA/N TPU/Y CGT/54 TULARE
RSB/630 RFD/W RSN/CHERRY
RSS/CI  CTY/VISALIA RZP/93277
  *** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19701231
SSB/630 SPD/W SSN/CHERRY
SSS/CI STY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/BCF-FR2011-00140
FCN/8241328701042

* DROS - DEALER SALE
SER/204222 MAK/FNB FAB NAT DARMES D GUE CAL/25
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/UNKNOWN
DOT/19600106
  *** PURCHASER INFORMATION ***
NAM/BLETHEM,GRANT D
ADR/2009APPLETON
ORI/CA0194100 OCA/C24428
FCN/2736009407129


CHECKING NCIC
END AFS RESPONSE.

4CMRSO12846.IG
1L01
CA0109425

MKE/STOLEN GUN
ORI/WA0080500 SER/204222 MAK/REM CAL/12 MOD/11
TYP/SI DOT/19881031
OCA/88-492
NIC/G495602190 DTE/19801108 0000 EST DLU/19881108 0000 EST
ORI IS WOODLAND PD 360 225-6965
IFMES CONFIRM RECORD WITH ORI
```

* **\*\*LEAWEB MESSAGE COMPLETE\*\***

Submit Another Message
Return to Menu Page
Return to Home Page



## California Department of Justice
## LEAWEB MESSAGE RESPONSE

| Print Response |

```
4CMRS012851.IG
CAC109425 RE: SER/BF05220
RESPONSE TO OGB INQUIRY

DATA IN AFS.

* EVIDENCE
SER/BF05220 MAK/BNL BENELLI SPA CAL/12
TYP/SI SHOTGUN  SEMI-AUTOMATIC MOD/112
DOT/20111013 BBL/28
ORI/CAC109425 OCA/BOF-FF2011-00140
NOA/N
FCN/E241128700808

* CRIME GUN
SER/BF05220 MAK/BNL BENELLI SPA CAL/12
TYP/SI SHOTGUN  SEMI-AUTOMATIC MOD/112
DOT/20111013 BBL/28
  *** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5212 OFN/POWELL,LUKE WPA/N TPW/Y COT/54 TULARE
WSB/630 RPD/W WSN/CHERRY
LSS/CT CTY/VISALIA DSF/93277
  *** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19701231
SSB/630 SPD/W SSN/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CAC109425 OCA/BOF-FF2011-00140
FCN/E241128700807


CHECKING NCIC
END AFS RESPONSE.

4CMRS012851.TJ
*LS1
CAC109425

NO RECORD SER/BF05220
```

- **\*\*LEAWEB MESSAGE COMPLETE\*\***

Submit Another Message
Return to Menu Page
Return to Home Page

# California Department of Justice
# LEAWEB MESSAGE RESPONSE

> Print Response

```
4CMRS012862.1G
CA0109425 RE: SER/5221904
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* EVIDENCE
SER/5221904 MAK/BNL BENELLI SPA CAL/12
TYP/SO SHOTGUN  OVER AND UNDER MOD/ALCIONE
DOT/20111013 BBL/28
ORI/CA0109425 OCA/BOF-FR2011-00140
NOA/N
FCN/8241128700868

* CRIME GUN
SER/5221904 MAK/BNL BENELLI SPA CAL/12
TYP/SO SHOTGUN  OVER AND UNDER MOD/ALCIONE
DOT/20111013 BBL/28
*** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5212 OFN/POWELL,LUKE WPA/N IPW/Y CCT/54 TULARE
RSB/630 RPD/W RSN/CHERRY
RSS/CT CTY/VISALIA RZP/93277
*** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19761231
SSB/630 SPD/W SSN/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/BOF-FR2011-00140
FCN/8241128700867

* CKOS - DEALER SALE
SER/5221904 MAK/TAS TAURUS FORJAS CAL/357
TYP/PR PISTOL  REVOLVER MOD/669
DOT/19890922
*** PURCHASER INFORMATION ***
NAM/KNIGHT,JAMES EUGENE DOB/19580411 OLN/N4261306
ADR/4700N SIERRA SAN BERNARDINO
ORI/CA0369400 OCA/M236128
MIS/HBLU BLU
FCN/4400930201818


CHECKING NCIC
END AFS RESPONSE.

4CMRS012862.1J
1LG1
CA0109425

NO RECORD SER/5221904
```

- **LEAWEB MESSAGE COMPLETE**

Submit Another Message
Return to Menu Page
Return to Home Page



**California Department of Justice**
# LEAWEB MESSAGE RESPONSE

Print Response

```
4CMRS012875.IG
CA0109425 RE: SER/158597A
RESPONSE TO OGB INQUIRY

DATA IN AFS.

* EVIDENCE
SER/158597A MAK/WIN WINCHESTER CAL/22
TYP/RI RIFLE  SEMI-AUTOMATIC MOD/63
OCT/20111013 BBL/22-5
OBT/CA0109425 OCA/BOF-FR2011-00140
NOA/N
FCN/B241128701082

* CRIME GUN
SER/158597A MAK/WIN WINCHESTER CAL/22
TYP/RI RIFLE  SEMI-AUTOMATIC MOD/63
OCT/20111013 BBL/22-5
*** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/9212 OFN/POWELL,LUKE WPA/N IPW/Y OCT/54 TULARE
RSB/630 RPD/W RSN/CHERRY
RSS/CT CTY/VISALIA RZP/93277
*** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19700231
SSB/630 SPD/W SSN/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/BOF-FR2011-00140
FCN/B241128701081

CHECKING NCIC
END AFS RESPONSE.

4CMRS012875.IJ
ILO1
CA0109425

NO RECORD SER/158597A
```

- **\*\*LEAWEB MESSAGE COMPLETE\*\***

Submit Another Message
Return to Menu Page
Return to Home Page



California Department of Justice
**LEAWEB MESSAGE RESPONSE**

Print Response

```
4CMRS012893.IG
CA0109425 NB: SFR/10721103
RESPONSE TO OGB INQUIRY

DATA IN AFS.

* EVIDENCE
SER/10721103 MAK/MAR MARLIN FIREARMS CO. CAL/22
TYP/RB RIFLE  BOLT ACTION MOD/883
DOT/20111013 BBL/22
ORI/CA0109425 OCA/BOF-FR2011 00140
NOA/N
FCN/8241128700774

* CRIME GUN
SER/10721103 MAK/MAR MARLIN FIREARMS CO. CAL/22
TYP/RB RIFLE  BOLT ACTION MOD/883
DOT/20111013 BBL/22
  *** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5212 OFN/POWELL,LUKE WPA/N IPW/Y COT/54 TULARE
BSR/630 RPD/W RSN/CHERRY
RSS/CT CTY/VISALIA RZP/93277
  *** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19701231
SSP/630 SPD/W SSN/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/BOF-FR2011-00140
FCN/8241128700773


CHECKING NCIC
END AFS RESPONSE

4CMRS012893.IJ
11.03
CA0109425

NO RECORD SER/10721103
```

- **\*\*LEAWEB MESSAGE COMPLETE\*\***

Submit Another Message
Return to Menu Page
Return to Home Page



California Department of Justice
## LEAWEB MESSAGE RESPONSE

| Print Response |

4CMRS012B99.1C
CAC109425 RE: SER/78317780
RESPONSE TO OGB INQUIRY

DATA IN AFS.

* EVIDENCE
SER/78317780 MAK/SR STURM, RUGER & CO CAL/22
TYP/RB RIFLE  BOLT ACTION MOD/M77
DCT/20111013 BBL/27
ORI/CA0109425 OCA/POF-FR2011-00140
NOA/N
FCN/8241128700993

* CRIME GUN
SER/78317780 MAK/SR STURM, RUGER & CO CAL/22
TYP/RB RIFLE  BOLT ACTION MOD/M77
DCT/20111013 BBL/27
   *** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5212 OFN/POWELL,LUKE WPA/N 1PW/Y OCT/54 TULARE
RSB/630 RPD/N RSK/CHERRY
RSS/CT CTY/VISALIA RZP/93277
   *** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19700231
SSB/630 SPD/N SSK/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/POF-FR2011-00140
FCN/8241128700992


CHECKING NCIC
END AFS RESPONSE.

4CMRS012B99.1J
1L01
CA0109425

NO RECORD SER/78317780

* **LEAWEB MESSAGE COMPLETE**

<u>Submit Another Message</u>
<u>Return to Menu Page</u>
<u>Return to Home Page</u>

California Department of Justice
# LEAWEB MESSAGE RESPONSE

| Print Response |

```
4CMHS012907.IG
CAC109425 RE: SER/KM07367
RESPONSE TO OGR INQUIRY

DATA IN AFS.

* EVIDENCE
SER/KM07367 MAK/KIE KIMBER CAL/22
TYP/RB RIFLE  BOLT ACTION MOD/84M
DOT/20111013 BBL/26-5
CRI/CAC109425 OCA/BOF-FR2011 00140
NOA/N
FCN/B241128700882

* CRIME GUN
SER/KM07367 MAK/KIE KIMBER CAL/22
TYP/RB RIFLE  BOLT ACTION MOD/84M
DOT/20111013 BBL/26-5
*** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5217 OFN/POWELL,LUKE WPA/N IPW/Y COT/54 TULARE
RSB/630 RED/W RSN/CHERRY
RSS/CT CTY/VISALIA RZF/93277
*** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19701231
SSB/630 SPD/W SSK/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CAC109425 OCA/BOF-FR2011-00140
FCN/B241128700881


CHECKING NCIC
END AFS RESPONSE


4CMHS012907.IU
1L01
CAC109425

NO RECORD SER/KM07367
```

- **\*\*LEAWEB MESSAGE COMPLETE\*\***

Submit Another Message
Return to Menu Page
Return to Home Page



**California Department of Justice**
# LEAWEB MESSAGE RESPONSE

Print Response

```
4CMRS012912.2G
CA0109425 RE: SER/11822PW152
RESPONSE TO OGB INQUIRY

DATA IN AFS.

* EVIDENCE
SER/11822PW152 MAK/BRO BROWNING CAL/12
TYP/SP SHOTGUN   PUMP ACTION MOD/BPS
DOT/20111013 BBL/28
ORI/CA0109425 OCA/BOF-FR2011-00140
NOA/N
FCK/8241128700896

* CRIME GUN
SER/11822PW152 MAK/BRO BROWNING CAL/12
TYP/SP SHOTGUN   PUMP ACTION MOD/BPS
UOC/20111013 BBL/28
*** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5213 OFN/POWELL,LUKE WPA/N IPW/Y DOT/54 TULARE
RSW/630 RPD/W RSN/CHERRY
RSS/CT CTY/VISALIA RZP/93277
*** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19700233
SSS/630 SPD/W SSN/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/BOF-FR2011-00140
FCM/8241128700895


CHECKING NCIC
END AFS RESPONSE.

4CMRS012912.1J
1101
CA0109425

NO RECORD SER/11822PW152
```

- **\*\*LEAWEB MESSAGE COMPLETE\*\***

Submit Another Message
Return to Menu Page
Return to Home Page



California Department of Justice
# LEAWEB MESSAGE RESPONSE

Print Response

```
4CMRS007674 IG
CA0109425 RE: SER/SKI14789
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* EVIDENCE
SER/SKI14789 MAK/AMR AMADEO ROSSI & CO CAL/357
TYP/FL RIFLE  LEVER ACTION MOD/PUMA M92
DOT/20111013 BBL/20
ORI/CA0109425 OCA/BOF FR2011-00140
NCA/N
FCN/6241128700734

* CRIME GUN
SER/SKI14789 MAK/AMR AMADEO ROSSI & CO CAL/357
TYP/FL RIFLE  LEVER ACTION MOD/PUMA M92
DOT/20111013 BBL/20
*** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5212 OFN/POWELL,LUKE WPA/N IPW/Y COT/54 TULARE
RSB/630 RPD/W RSN/CHERRY
RSS/CT CTY/VISALIA PZP/93277
*** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19701231
SSB/630 SPD/W SSN/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/BOF-FR2011-00140
FCN/6241128700733


CHECKING NCIC
END AFS RESPONSE

4CMRS007674.1J
1L01
CA0109425

NO RECORD SER/SKI14789
```

**LEAWEB MESSAGE COMPLETE**

Submit Another Message
Return to Menu Page
Return to Home Page

Case 1:13-cv-00983-AWI-SKO   Document 14-1   Filed 10/15/13   Page 65 of 74



**California Department of Justice**
# LEAWEB MESSAGE RESPONSE

Print Response

```
4CMRS012930.IG
CA0109425 RE: SER/71290746
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* EVIDENCE
SER/71290746 MAK/REM REMNGTN ARMS CO.,INC CAL/270
TYP/RB RIFLE  BOLT ACTION MOD/710
LOT/20111013 BBL/22
ORI/CA0109425 OCA/BOF-FR2011-00140
MDA/N
FCN/8241128700041

* CRIME GUN
SER/71290746 MAK/REM REMNGTN ARMS CO.,INC CAL/270
TYP/RB RIFLE  BOLT ACTION MOD/710
LOT/20111013 BBL/22
*** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5212 OFN/POWELL.LUKE WPA/N IPW/Y COT/54 TULARE
RSB/630 RPD/W RSN/CHERRY
RSS/CT CTY/VISALIA RZP/93277
*** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES.SCOTT DOB/19781233
SSB/630 SPD/W SSN/CHERRY
SSS/CT STY/VISALIA
SSI/CA SZP/93277
ORI/CA0109425 OCA/BOF-FR2011-00140
FCN/8241128700040


CHECKING NCIC
END AFS RESPONSE.

4CMRS012930 IG
JL01
CA0109425

NO RECORD SER/71290746
```

- **\*\*LEAWEB MESSAGE COMPLETE\*\***

Submit Another Message
Return to Menu Page
Return to Home Page

# California Department of Justice
# LEAWEB MESSAGE RESPONSE

Print Response

```
4CMRS012944.IG
CA0109425 RE: SER/A6824775
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* EVIDENCE
SER/A6824775 MAK/REM REMINGTN ARMS CO.,INC CAL./3006
TYP/RH RIFLE   BOLT ACTION MOD/700
DCT/20111013 BBL/22
ORI/CA0109425 OCA/BOF-FE2011-00140
NOA/N
FCN/8241128700848

* CRIME GUN
SER/A6824775 MAK/REM REMINGTN ARMS CO.,INC CAL./3006
TYP/RH RIFLE   BOLT ACTION MOD/700
DCT/20111013 BBL/22
 *** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5212 OFN/POWELL,LUKE WPA/N TPW/Y CGT/54 TULANE
RSB/630 RPD/W RSN/CHERRY
RSS/CT CTY/VISALIA REF/93277
 *** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19701231
SSB/630 SPD/W SSN/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/BOF-FE2011-00140
FCN/8241128700847


CHECKING NCIC
END AFS RESPONSE.

4CMRS012946.IJ
11.01
CA0109425

NO RECORD SER/A6824775
```

- **\*\*LEAWEB MESSAGE COMPLETE\*\***

Submit Another Message
Return to Menu Page
Return to Home Page



**California Department of Justice**
# LEAWEB MESSAGE RESPONSE

Print Response

```
4CMRS012266.1G
CA0109425 RE· SER/65697
RESPONSE TO QG5 INQUIRY

DATA IN AFS.

* EVIDENCE
SER/65697 MAK/SAV SAVAGE ARMS CORP CAL/270
TYP/RB RIFLE  BOLT ACTION MOD/110L
DOT/20111013 BBL/25
ORI/CA0109425 OCA/BCF-FR2011-00140
NOA/N
FCN/8241126700794

* CRIME GUN
SER/65697 MAK/SAV SAVAGE ARMS CORP CAL/270
TYP/RB RIFLE  BOLT ACTION MOD/110L
DOT/20111013 BBL/25
 *** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5212 OFN/POWELL,LUKE WPA/N IPW/Y COT/54 TULARE
RSN/630 RPD/W RSN/CHERRY
RSS/CT CTY/VISALIA RZP/93277
 *** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19701231
SSN/630 SPD/W SSN/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/BCF-FR2011-00140
FCN/8241128750793


CHECKING NCIC
END AFS RESPONSE

4CMRS012966.10
1L01
CA0109425

MKE/STOLEN GUN
ORI/PA0070550 SER/65697 MAK/FIR CAL/38
TYP/HR DOT/19781222
OCA/122691550
MIS/DX WOODEN HANDLES 2 IN
MIC/644997587S DTE/19861024 0000 EDT DLU/19861024 0000 EDT
ORI IS BELLWOOD PD 814 742-7800
IMMED CONFIRM RECORD WITH ORI
```

- **\*\*LEAWEB MESSAGE COMPLETE\*\***

Submit Another Message
Return to Menu Page
Return to Home Page



**California Department of Justice**
## LEAWEB MESSAGE RESPONSE

Print Response

```
4CMRS013041.TC
CA0109425 RE: SER/LEU046
RESPONSE TO OGB INQUIRY

DATA IN APS.

* EVIDENCE
SER/LEU046 MAK/GLC GLOCK,INC CAL/40
TYP/P1 PISTOL  SEMI-AUTOMATIC MOD/22
DOT/20111013 BRL/4-49
ORI/CA0109425 OCA/BOF-FR2011-00140
NOA/N
FCN/82411267C0710

* CRIME GUN
SER/LEU046 MAK/GLC GLOCK,INC CAL/40
TYP/P1 PISTOL SEMI-AUTOMATIC MOD/22
DOT/20111013 BRL/4-49
*** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5212 OFN/POWELL,LUKE WPA/N IPW/Y COT/54 TULARE
RSH/630 RPD/W RSN/CHERRY
RSS/CT CTY/VISALIA RZP/93277
*** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/JAMES,SCOTT DOB/19701231
SSB/630 SPD/W SSN/CHERRY
SSS/CT STY/VISALIA
SST/CA SZP/93277
ORI/CA0109425 OCA/BOF-FR2011-00140
FCN/824112870071P

* DROS - DEALER SALE
SER/LEU046 MAK/GLC GLOCK,INC CAL/40
TYP/P PISTOL  MOD/22
DOT/20090305 RBL/4-49
*** PURCHASER INFORMATION ***
NAM/BAKER,GIL TGM DOB/19740408 DLN/A4507687
ADH/32099 ROAD 152 D
CTY/VISALIA ST/CA ZIP/93291 CCC/5400
ORI/CA0540006 OCA/T4525073
FCN/5930907001603


CHECKING NCIC
END APS RESPONSE.

4CMRS013041.TC
1L01
CA0109425

NO RECORD SER/LEU046
```

• **\*\*LEAWEB MESSAGE COMPLETE\*\***

Submit Another Message
Return to Menu Page
Return to Home Page

Exhibit "B"

SW NO._____

# STATE OF CALIFORNIA - COUNTY OF TULARE

## SEARCH WARRANT AND AFFIDAVIT
### (AFFIDAVIT)

Your Affiant, _Luke Powell_, swears under oath that the facts expressed by him in the attached and incorporated **Statement of Probable Cause** are true and that based thereon (he/she) has probable cause to believe and does believe that the property described below is lawfully seizable pursuant to Penal Code Section 1524, as indicated below, and is now located at the location(s) set forth below. Wherefore, affiant requests that this Search Warrant be issued.



_(Signature of Affiant)_

## (SEARCH WARRANT)

**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICEMAN, OR PEACE OFFICER IN THE COUNTY OF TULARE**: proof by affidavit having been made before me by **Luke Powell**, that there is probable cause to believe that the property described herein may be found at the locations set forth herein and that property is lawfully seizable pursuant to Penal Code Section 1524 as indicated below in that:

_____ The property was stolen or embezzled.

__X__ The property or things were used as the means of committing a felony.

_____ The property or things are in the possession of any person with the intent to use them as a means of committing a public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing them from being discovered.

__X__ The property or things to be seized consist of any item or constitute any evidence that tends to show a felony has been committed, or tends to show that a particular person has committed a felony.

_____ The property or things to be seized consist of evidence that tends to show that sexual exploitation of a child, in violation of Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring.

_____ There is a warrant to arrest a person.

## YOU ARE THEREFORE COMMANDED TO SEARCH:

**THE PREMISES AT:**

THE PREMISES at 630 West Cherry Court, Visalia, California, 93277; further described as a single story dwelling house with a tan clay tile roof and tan stucco exterior, and tan wood trim, with the number "630" visible on the front of the house, just west of the garage doors, are brown in color and are approximately eight inches in size; including all rooms, attics, basements, and other parts therein, the surrounding grounds and any garages, storage rooms, trash containers, and outbuildings of any kind located thereon.

The residence at 630 West Cherry Court, Visalia, California, 93277, is depicted in the following photograph:

**State of California**

Department of Justice
Office of the Attorney General
Division of Law Enforcement
Bureau of Firearms
Fresno Regional Office
1735 E Street
Fresno, CA 93706



Luke Powell                    Office (559) 457-5100
Special Agent                  Fax (559) 445-5418
luke.powell@doj.ca.gov         Cell (559) 351-1154



## THE FOLLOWING VEHICLES:

Vehicle 1

THE VEHICLE described as a 2011, Chevrolet, model is unknown, color of this vehicle is unknown, bearing California license # 6PMR543 (R/O Scott Ray JAMES II, 4216 South Mooney Boulevard, Visalia, CA 93277), including containers of any kind . within the vehicle.

Vehicle 2

THE VEHICLE described as a 2006, Harley Davidson, model is unknown, color of this vehicle is unknown, bearing California license # 18C6022 (R/O Scott JAMES II, 4216 South Mooney Boulevard, Suite 350, Visalia, CA 93277), including containers of any kind within the vehicle.

ANY VEHICLE in the immediate vicinity of address, city, California, zip code, that is in the custody or control of Scott JAMES of person as evidence by ignition keys, or car door keys, or vehicle ownership documents in his/her possession, or on his/her person, or under his/her dominion and control, or by statements of witnesses, or any vehicle within the garages, grounds, or storage areas to be searched.  Such search shall include containers of any kind within the vehicle.

## AND THE FOLLOWING PERSONS:

Person 1

THE PERSON known as Scott Ray JAMES, described as a white male, approximately 40 years of age, approximately 5 ft 8 nches tall, weighing approximately 170 pounds, with brown hair, brown eyes, born on 12/31/1970, with California drivers icense #: C7081820.

**FOR THE FOLLOWING PROPERTY:**

Any items tending to establish the identity of persons who have dominion and control of the location, premises, automobiles, or items to be seized, including delivered mail, whether inside the location or in the mail box/s, bills, utility bills, telephone bills, miscellaneous addressed mail, personal letters, personal identification, purchase receipts, rent receipts, sales receipts, tax statements, payroll check stubs, keys and receipts for safe deposit box(s), keys and receipts for rental storage space, keys and receipts for post office box or mail drop rentals, ignition keys, car door and trunk keys, vehicle ownership certificates or "pink slips," and/or vehicle registration slips, recordation of voice transmissions on telephone answering machines, audio tapes and telephone message receipt books, and written phone messages, and photographs tending to show occupation of the residence / business and connection between co-conspirators, whether identified, or unidentified, also digital pagers which will document telephone numbers of co-conspirators, and if found, to activate the digital pagers' display mechanism and to obtain messages from the pagers, answering machines, tape recorders, and any other recording devices, and to play such devices to obtain their messages. Any examples of handwriting including letters, address books, business records, canceled checks, notes, and/or lists.

Any handgun / pistol / revolver / rifle / shotgun / firearm / automatic weapon / of any caliber.  In addition to any firearm, Clips / Magazines / Cylinders /Loading Devices, or any paperwork showing the purchase, storage, disposition, and/or dominion and control over any guns, any ammunition, or any of the above items.

Any items of documentation to include but not limited to, Dealer's Record of Sale (DROS) of Firearm or Federal Alcohol, Tobacco and Firearms (ATF) Form 4473. Originals or copies of receipts of purchases or attempt purchases of firearm(s) transactions occurring on or after December 11, 1996.

**AND TO SEIZE IT IF FOUND** and bring it forthwith before me, or this court, at the courthouse of this court. This Search Warrant and incorporated Affidavit was sworn to and subscribed before me this _4_ day of _____, 20_ at _11:36_ A.M./P.M. Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

**NIGHT SEARCH REQUESTED: YES** ☐  **NO** ☒          **NIGHT SEARCH APPROVED: YES** ☐  **NO** ☑

_____

**Judge of the Superior, County of Tulare**

# DESCRIPTION

## YOU ARE THEREFORE COMMANDED TO SEARCH:

### THE PREMISES AT:

THE PREMISES at 630 West Cherry Court, Visalia, California, 93277; further described as a single story dwelling house with a tan clay tile roof and tan stucco exterior, and tan wood trim, with the number "630" visible on the front of the house, just west of the garage doors, are brown in color and are approximately eight inches in size; including all rooms, attics, basements, and other parts therein, the surrounding grounds and any garages, storage rooms, trash containers, and outbuildings of any kind located thereon.

The residence at 630 West Cherry Court, Visalia, California, 93277, is depicted in the following photograph:



### THE FOLLOWING VEHICLES:

Vehicle 1

THE VEHICLE described as a 2011, Chevrolet, model is unknown, color of vehicle is unknown, bearing California license # 6PMR543 (R/O Scott Ray JAMES II, 4216 South Mooney Boulevard, Visalia, CA 93277), including containers of any kind within the vehicle.

Vehicle 2

THE VEHICLE described as a 2006, Harley Davidson, model is unknown, color of this vehicle is unknown, bearing California license # 18C6022 (R/O Scott JAMES II, 4216 South Mooney Boulevard, Suite 350, Visalia, CA 93277), including containers of

any kind within the vehicle.

ANY VEHICLE in the immediate vicinity of address, city, California, zip code, that is in the custody or control of Scott JAMES of person as evidence by ignition keys, or car door keys, or vehicle ownership documents in his/her possession, or on his/her person, or under his/her dominion and control, or by statements of witnesses, or any vehicle within the garages, grounds, or storage areas to be searched. Such search shall include containers of any kind within the vehicle.

## AND THE FOLLOWING PERSONS:

Person 1

THE PERSON known as Scott Ray JAMES, described as a white male, approximately 40 years of age, approximately 5 ft 8 inches tall, weighing approximately 170 pounds, with brown hair, brown eyes, born on 12/31/1970, with California drivers license #: C7081820.

## FOR THE FOLLOWING PROPERTY:

Any items tending to establish the identity of persons who have dominion and control of the location, premises, automobiles, or items to be seized, including delivered mail, whether inside the location or in the mail box/s, bills, utility bills, telephone bills, miscellaneous addressed mail, personal letters, personal identification, purchase receipts, rent receipts, sales receipts, tax statements, payroll check stubs, keys and receipts for safe deposit box(s), keys and receipts for rental storage space, keys and receipts for post office box or mail drop rentals, ignition keys, car door and trunk keys, vehicle ownership certificates or "pink slips," and/or vehicle registration slips, recordation of voice transmissions on telephone answering machines, audio tapes and telephone message receipt books, and written phone messages, and photographs tending to show occupation of the residence / business and connection between co-conspirators, whether identified, or unidentified, also digital pagers which will document telephone numbers of co-conspirators, and if found, to activate the digital pagers' display mechanism and to obtain messages from the pagers, answering machines, tape recorders, and any other recording devices, and to play such devices to obtain their messages. Any examples of handwriting including letters, address books, business records, canceled checks, notes, and/or lists.

Any handgun / pistol / revolver / rifle / shotgun / firearm / automatic weapon / of any caliber. In addition to any firearm, Clips / Magazines / Cylinders /Loading Devices, or any paperwork showing the purchase, storage, disposition, and/or dominion and control over any guns, any ammunition, or any of the above items.

Any items of documentation to include but not limited to, Dealer's Record of Sale (DROS) of Firearm or Federal Alcohol, Tobacco and Firearms (ATF) Form 4473. Originals or copies of receipts of purchases or attempt purchases of firearm(s) transactions occurring on or after December 11, 1996.