IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. JAMES,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>KIMBERLY GRANGER,<br><br>　　　　Defendant. | 1:13-CV-0983  AWI SKO<br><br><br>**ORDER VACATING HEARING DATE OF OCTOBER 28, 2013, AND TAKING MATTER UNDER SUBMISSION** |

　　　In this action for damages, defendant Kimberly Granger ("Defendant") has noticed and filed a motion to dismiss the First Amended Complaint of plaintiff Scott R. James ("Plaintiff"). The matter was scheduled for hearing on Defendant's motion to be held on October 28, 2013. The court has reviewed Defendant's motion, Plaintiff's opposition , Defendant's reply and the applicable law and has determined that the matter is suitable for decision without oral argument. Local Rule 78-230(h).

　　　THEREFORE, it is hereby ORDERED that the hearing date of October 28, 2013, is hereby VACATED and no party shall appear on that date.  As of October 28, 2013, the court will take the matter under submission and will thereafter render its decision.

IT IS SO ORDERED.

Dated:   October 24, 2013　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE