KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
ALBERTO L. GONZALEZ, State Bar No. 117605
Supervising Deputy Attorney General
CATHERINE WOODBRIDGE GUESS, State Bar No. 186186
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-8216
 Fax: (916) 322-8288
 E-mail: Catherine.Woodbridge@doj.ca.gov
*Attorneys for Defendant Kimberly Granger*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SCOTT R. JAMES,<br><br>                                  Plaintiff,<br><br>v.<br><br>KIMBERLY GRANGER,<br><br>                                  Defendant. | 1:13-CV-0983 AWI SKO<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>Date:            April 21, 2014<br>Time:           1:30 p.m.<br>Courtroom:  2 (8th Floor)<br>Judge:          Anthony W. Ishii (AWI)<br>Trial Date:   TBD<br>Action Filed: June 26, 2013 |

Pursuant to Federal Rules of Evidence 201(b), Defendant Kimberly Granger requests that the Court take judicial notice of the following:

1. Petition granting review in California Supreme Court, Case No. S214385, *James v. State of California*. Attached as Exhibit 1.

///

///

///

///

///

1

1 | Dated: March 20, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
ALBERTO L. GONZALEZ
Supervising Deputy Attorney General

*s/ Catherine Woodbridge Guess*

CATHERINE WOODBRIDGE GUESS
Deputy Attorney General
*Attorneys for Defendant Kimberly Granger*

SA2013309877
31931750.doc

2

## *Scott R. James v. Kimberly Granger*

## USDC, Eastern District

## Case No. 1:13-cv-0983 AWI SKO

## Exhibit 1

Appellate Courts Case Information

CALIFORNIA COURTS
THE JUDICIAL BRANCH OF CALIFORNIA

Supreme Court

Change court

*Court data last updated: 03/19/2014 03:05 PM*

**Case Summary**

| | |
|---|---|
| Supreme Court Case: | **S214385** |
| Court of Appeal Case(s): | Fifth Appellate District F065003 |
| Case Caption: | JAMES v. STATE OF CALIFORNIA |
| Case Category: | Review - Civil Appeal |
| Start Date: | 11/01/2013 |
| Case Status: | holding for lead case |
| Issues: | Petition for review after the Court of Appeal reversed the judgment in an action for writ of administrative mandate. The court ordered briefing deferred pending decision in United States Supreme Court's consideration and disposition of United States v. Castleman, No. 12-1371, cert. granted Oct. 1, 2013, __ U.S. __ [134 S.Ct. 49, 186 L.Ed.2d 962], which concerns whether a Tennessee conviction for misdemeanor domestic assault constitutes a "misdemeanor crime of domestic violence" for purposes of the federal Gun Control Act of 1968 (18 U.S.C. § 922(g)(9)). |
| Case Citation: | none |

*NOTE: The statement of the issues is intended simply to inform the public and the press of the general subject matter of the case. The description set out above does not necessarily reflect the view of the court, or define the specific issues that will be addressed by the court.*
**Cross Referenced Cases:**

No Cross Referenced Cases Found

**Click here** to request automatic e-mail notifications about this case.

Careers | Contact Us | Accessibility | Public Access to Records | Terms of Use | Privacy   © 2014
Judicial Council of California / Administrative Office of the Courts