# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. JAMES, | 1:13-cv-0983-AWI-SKO |
| Plaintiff, | **ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |
| v. | |
| KIMBERLY GRANGER, | |
| Defendant. | |

On March 20, 2014, Defendant KIMBERLY GRANGER filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The motion is set for hearing on April 21, 2014. Plaintiff SCOTT R. JAMES filed an opposition to Defendant's motion to dismiss on April 7, 2014. Defendant filed a reply on April 11, 2014. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). The hearing date of April 21, 2014 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:  April 16, 2014                              _____
                                                                              SENIOR DISTRICT JUDGE