Leonard C. Herr, #081896
Kris B. Pedersen, #184804
Rachele Berglund, #248614
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200
Email: lherr@dhlaw.net

Attorneys for Plaintiff: SCOTT R. JAMES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. JAMES,<br><br>    Plaintiff,<br><br>  v.<br><br>KIMBERLY GRANGER, an individual,<br><br>    Defendant. | CASE NO.: 1:13-cv-00983<br><br>**NOTICE OF FIRM NAME CHANGE** |

**TO ALL PARTIES HEREIN AND TO THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the law offices of Dooley, Herr, Pedersen & Berglund Bailey, Attorneys at Law, LLP, has changed its name to Herr Pedersen & Berglund LLP, effective January 1, 2015.

PLEASE TAKE FURTHER NOTICE that the firm's addresses, telephone numbers and facsimile numbers at both the Visalia and Hanford locations remain the same.

DATED: December 30, 2014     HERR PEDERSEN & BERGLUND LLP

                    By: /s/ Leonard C. Herr
                        LEONARD C. HERR
                        Attorneys for Plaintiff
                        SCOTT R. JAMES

F:\Client Files\James, Scott (1369-00)\1369.12 James v. Granger\Pleadings\Notice of Firm Name Change.doc

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200