Leonard C. Herr, #081896
Ron Statler, #234277
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California  93291
Telephone:  (559) 636-0200
Email:  lherr@dhlaw.net

Attorneys for Plaintiff: SCOTT R. JAMES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. JAMES,<br><br>    Plaintiff,<br><br>  v.<br><br>KIMBERLY GRANGER, an individual,<br><br>    Defendant. | CASE NO.: 1:13-cv-00983-AWI-SKO<br><br>**STIPULATED JOINT REQUEST FOR CONTINUANCE OF TRIAL AND RELATED DATES AND ORDER THEREON**<br><br>Trial Date:  October 20, 2015 |

The parties, by and through their counsel, agree and jointly request that this Court enter an order continuing the trial date for not less than six months, and requesting a further scheduling conference to set new dates upon the Court's identification of the new trial date.

### RECITALS

WHEREAS, trial in this matter is set for October 20, 2015; and,

WHEREAS, discovery cut-off in this matter is March 9, 2015; and,

WHEREAS, most discovery, particularly Defendant's deposition, was delayed until this new year to allow Defendant to tend to her health and the health of her child; and,

WHEREAS, this discovery was not delayed by dilatory or otherwise improper conduct by either party or their counsel, but was in truth necessitated by

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

1  the medical needs of a party; and,

2  WHEREAS, Counsel for both parties agree to a six-month continuance of the
3  matter to allow for a proper effort at discovery; then,

4  The parties hereby agree to the following:

5  **STIPULATION**

6  1. Trial in this matter is continued until April 26, 2016 or such time
7  thereafter as the Court determines to be proper.

8  2. Discovery in this matter may continue pending the entry of a new
9  discovery cut-off date.

10  3. The parties shall meet and confer, and thereafter submit a joint
11  scheduling report to the Court within two calendar weeks of the Court's entry of
12  this stipulated order for the determination of new dates, including discovery and
13  motion practice deadlines.

14  4. The parties shall either submit to the Court's entry of the joint
15  scheduling report as its order or will otherwise attend a further joint scheduling
16  conference as directed by the Court.

17  Dated:  February 18, 2015        KAMALA D. HARRIS
                                      ATTORNEY GENERAL OF CALIFORNIA
18
                                      By: /s/ Catherine Woodbridge Guess
19                                         Catherine Woodbridge Guess
                                           Attorneys for Defendant
20                                         KIMBERLY GRANGER
21
22  DATED: February 18, 2015         HERR PEDERSEN & BERGLUND LLP
23
                                      By: /s/ Leonard C. Herr
24                                         LEONARD C. HERR
                                           Attorneys for Plaintiff
25                                         SCOTT R. JAMES

26  ///
27  ///
28  ///

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

2

**STIPULATED JOINT REQUEST FOR CONTINUANCE OF
TRIAL AND RELATED DATES AND ORDER THEREON**

**ORDER CONTINUING TRIAL ON STIPULATION OF THE PARTIES**

The Court, after considering the stipulation of the parties and the reason therefore does hereby order:

1. Trial in this matter is continued until April 26, 2016 or such time thereafter as the Court determines to be proper.

2. Discovery in this matter may continue pending the entry of a new discovery cut-off date.

3. The parties shall meet and confer, and thereafter submit a joint scheduling report to the Court within two calendar weeks of the Court's entry of this stipulated order for the determination of new dates, including discovery and motion practice deadlines.

4. The parties shall submit to the Court's entry of the joint scheduling report as its order or will otherwise attend a further joint scheduling conference as directed by the Court after submission of that report.

**IT IS SO ORDERED.**

Dated: _____
UNITED STATES DISTRICT COURT JUDGE

F:\Client Files\James, Scott (1369-00)\1369.12 James v. Granger\Pleadings\Stipulation to Continue Trial.doc

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

3
**STIPULATED JOINT REQUEST FOR CONTINUANCE OF TRIAL AND RELATED DATES AND ORDER THEREON**