KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
ALBERTO L. GONZALEZ, State Bar No. 117605
Supervising Deputy Attorney General
CATHERINE WOODBRIDGE GUESS, State Bar No. 186186
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 445-8216
Fax: (916) 322-8288
E-mail: Catherine.Woodbridge@doj.ca.gov
*Attorneys for Defendant Kimberly Granger*

Leonard C. Herr, State Bar No. 081896
Ron Statler, State Bar No. 234177
Caren L. Curtiss, Certified Law Student
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200
Fax: (559) 636-9759

Attorneys for Plaintiff SCOTT R. JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **SCOTT R. JAMES,**<br><br>Plaintiff,<br><br>v.<br>**KIMBERLY GRANGER,**<br><br>Defendant. | 1:13-CV-0983 AWI SKO<br><br>**AMENDMENT TO JOINT SCHEDULING REPORT**<br><br>Courtroom: 7<br>Judge: Magistrate Judge Sheila K. Oberto<br>Trial Date: April 26, 2016<br>Action Filed: June 26, 2013 |

1. **Proposed Amendments to Pleadings:**

Plaintiff expects to request a stipulation to amend the pleadings to add parties and causes of action; if agreement cannot be had, Plaintiff expects to make a motion to do so.

2. **Proposed Deadline for Amendments:**

April 15, 2015.

3. **Discovery Plan:**

(a) Non-expert discovery cut-off September 9, 2015.

(b) Disclosure of expert witnesses pursuant to Fed.R.Civ. P. 26(a)(2) by October 9, 2015.

(c) Supplemental Expert Disclosure cut-off October 26, 2015.

(d) Expert witness discovery cut-off December 9, 2015.

(e) No proposed changes in the limits of discovery pursuant to Fed. R.Civ. P. 26(b); 30(a)(2)(A), (B) or (C); 30 (d); or 33(a) anticipated at this time.

(f) Protective orders are not anticipated at this time.

(g) Other discovery issues are not anticipated at this time.

(h) The parties do not anticipate the need for discovery outside the U.S.

(i) The parties anticipate videotaping depositions.

(j) Mid-Discovery Status Report and Conference filed by December 3, 2015.

(k) Mid-Discovery Status Report and Conference by December 9, 2015.

(l) Non-Dispositive Motions filed by October 1, 2015.

(m) Hearing on Non-Dispositive Motions by October 29, 2015.

(n) Dispositive Motions filed by December 1, 2015.

(o) Hearing on dispositive motions by January 13, 2016.

4. **Electronic Discovery:**

The parties do not anticipate problems at this time.

5. **Settlement Conference:**

The parties shall participate in a settlement conference on October 9, 2015 at 10:00 a.m. in Courtroom 7.

///

**6. Trial**

(a) April 26, 2016 – 5 day jury trial.

(b) Pretrial conference February 26, 2016.

**7. Consent to a U.S. Magistrate Judge.**

The parties do not consent to a U.S. Magistrate Judge.

Dated:  March 5, 2015                                  Respectfully submitted,

                                                  KAMALA D. HARRIS
                                                  Attorney General of California
                                                  ALBERTO L. GONZALEZ
                                                  Supervising Deputy Attorney General

                                                  By:  /s/ Catherine Woodbridge Guess
                                                          CATHERINE WOODBRIDGE GUESS,
                                                          Deputy Attorney General
                                                          *Attorneys for Defendant*


Dated:  March  5, 2015                                 HERR PEDERSEN & BERGLUND LLP

                                                  By: <u>/s/ Leonard C. Herr</u>
                                                          LEONARD C. HERR,
                                                          Attorney for Plaintiff
                                                          SCOTT R. JAMES

SA2013309877
32001702