K<small>AMALA</small> D. H<small>ARRIS</small>, State Bar No. 146672
Attorney General of California
A<small>LBERTO</small> L. G<small>ONZALEZ</small>, State Bar No. 117605
Supervising Deputy Attorney General
C<small>ATHERINE</small> W<small>OODBRIDGE</small> G<small>UESS</small>, State Bar No. 186186
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-8216
 Fax: (916) 322-8288
 E-mail: Catherine.Woodbridge@doj.ca.gov
*Attorneys for Defendant Kimberly Granger*

Leonard C. Herr, State Bar No. 081896
Ron Statler, State Bar No. 234177
Caren L. Curtiss, Certified Law Student
HERR PEDERSEN & BAILEY LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200
Fax: (559) 636-9759

Attorneys for Plaintiff SCOTT R. JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **SCOTT R. JAMES,**<br><br>                              Plaintiff,<br><br>v.<br><br>**KIMBERLY GRANGER,**<br><br>                              Defendant. | 1:13-CV-0983 AWI SKO<br><br>**SECOND [PROPOSED] AMENDED SCHEDULING CONFERENCE ORDER**<br><br>Courtroom:   7<br>Judge:         Magistrate Judge Sheila K. Oberto<br>Trial Date:    April 26, 2016<br>Action Filed: June 26, 2013 |

1

The Court has reviewed the parties' Joint Scheduling Conference Statement and enters this Amended Scheduling Conference Order as follows:

**1.     Proposed Deadline for filing stipulations or motions to amend the pleadings:**

April 15, 2015.

**2.     Discovery Plan:**

(a)  Non-expert discovery cut-off September 9, 2015.

(b)  Disclosure of expert witnesses pursuant to Fed.R.Civ. P. 26(a)(2) by October 9, 2015.

(c)  Supplemental Expert Disclosure cut-off October 26, 2015.

(d)  Expert witness discovery cut-off December 9, 2015.

(e)  No proposed changes in the limits of discovery pursuant to Fed. R.Civ. P. 26(b);  30(a)(2)(A), (B) or (C); 30 (d); or 33(a) anticipated at this time.

(f)  Protective orders are not anticipated at this time.

(g)  Other discovery issues are not anticipated at this time.

(h)  The parties do not anticipate the need for discovery outside the U.S.

(i)  The parties anticipate videotaping depositions.

(j)  Mid-Discovery Status Report and Conference filed by December 3, 2015.

(k)  Mid-Discovery Status Report and Conference by December 9, 2015.

(l)  Non-Dispositive Motions filed by December 31, 2015.

(m)  Hearing on Non-Dispositive Motions by February 1, 2016.

(n)  Dispositive Motions filed by December 31, 2015.

(o)  Hearing on dispositive motions by February 1, 2016.

**3.     Electronic Discovery:**

The parties do not anticipate problems at this time.

**4.     Settlement Conference:**

The parties shall participate in a settlement conference on October 9, 2015 at 10:00 a.m. in Courtroom 7.

/ / /

| | | | |
|---|---|---|---|
|1| **5.** | **Trial** | |
|2| | (a) | April 26, 2016 – 5 day jury trial. |
|3| | (b) | Pretrial conference February 26, 2016. |

**It is so ordered.**


Dated: _____
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

SA2013309877
32001702