# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| **SCOTT R. JAMES,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**KIMBERLY GRANGER,**<br><br>                              Defendant. | 1:13-CV-0983 AWI SKO<br><br>**SECOND AMENDED SCHEDULING CONFERENCE ORDER**<br><br>Courtroom:   7<br>Judge:          Magistrate Judge Sheila K. Oberto<br>Trial Date:    May 17, 2016<br>Action Filed: June 26, 2013 |

The Court has reviewed the parties' Amended Scheduling Conference Statement and enters an Amended Scheduling Conference Order as follows:

**1.   Deadline for filing stipulations or motions to amend the pleadings:**

April 15, 2015.

**2.   Discovery:**

(a)   Non-expert discovery cut-off:  September 9, 2015.

(b)   Disclosure of expert witnesses pursuant to Fed.R.Civ. P. 26(a)(2): October 9, 2015.

(c)   Supplemental Expert Disclosure cut-off:  October 26, 2015.

(d)   Expert witness discovery cut-off:  December 9, 2015.

(e) There are no proposed changes in the limits of discovery pursuant to Fed. R.Civ. P. 26(b); 30(a)(2)(A), (B) or (C); 30 (d); or 33(a).

(f) No protective orders are anticipated by the parties at this time.

(g) The parties do not anticipate other discovery issues at this time.

(h) The parties do not anticipate the need for discovery outside the U.S.

(i) The parties anticipate videotaping depositions.

(j) Mid-Discovery Status Report shall be filed by December 3, 2015.

(k) Mid-Discovery Status Conference: December 10, 2015, at 10:00 a.m. in Courtroom 7.

(l) Non-Dispositive Motions filing deadline: December 31, 2015.

(m) Deadline for Hearing on Non-Dispositive Motions: February 3, 2016.

(n) Dispositive Motions filing deadline: December 31, 2015.

(o) Deadline for Hearing on dispositive motions: February 8, 2016.

**3. Settlement Conference:**

The parties shall participate in a settlement conference on October 22, 2015, at 10:00 a.m. in Courtroom 7.

**4. Trial**

(a) Jury trial: May 17, 2016, at 8:30 a.m. in Courtroom 2.

(b) Pretrial conference: March 23, 2016, at 10:00 a.m. in Courtroom 2.

IT IS SO ORDERED.

Dated: **March 18, 2015**                    **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE