Leonard C. Herr, #081896
Ron Statler, #234277
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200
Email: lherr@dhlaw.net

Attorneys for Plaintiff: SCOTT R. JAMES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. JAMES,<br><br>     Plaintiff,<br>  v.<br><br>KIMBERLY GRANGER, an individual; STEVE LINDLEY, an individual<br><br>     Defendants. | CASE NO.: 1:13-cv-00983-AWI-SKO<br><br>**MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>**Date:       June 1, 2015**<br>**Time:       1:30 p.m.**<br>**Courtroom:   2** |

Plaintiff Scott James asks this Court's leave to file a Third Amended Complaint against Defendant Kimberley Granger and adding Steven Lindley as a defendant. This motion is made under Federal Rules of Civil Procedure, Rule 15.

### I.

### GOOD CAUSE EXISTS FOR AMENDMENT OF THE COMPLAINT

This motion is timely made per the amended scheduling order of this Court, appearing in the docket as document number 42. The Federal Rules of Civil Procedure say leave to amend should be freely given "when justice so requires." Fed.R.Civ.Proc., Rule 15(a)(2). This policy is to be applied with "extreme liberality." *Sonoma County Ass'n of Retired Employees v. Sonoma County*, 708 F3d

Law Offices of
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-

MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

1   1109, 1117 (9th Cir. 2013).  This brings into focus the "goal of Rule 15(b) [] to
2   promote the objective of deciding cases on the merits rather than on the relative
3   pleading skills of counsel." *American Family Mut. Ins. Co. v. Hollander* (8th Cir.
4   2013) 705 F3d 339, 348; see also, *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F3d
5   1048, 1051 (9th Cir. 2003).  "Courts may decline to grant leave to amend only if
6   there is strong evidence of 'undue delay, bad faith or dilatory motive on the part of
7   the movant, repeated failure to cure deficiencies by amendments previously
8   allowed, undue prejudice to the opposing party by virtue of allowance of the
9   amendment, [or] futility of amendment, etc.'" *Sonoma County Ass'n of Retired*
10  *Employees v. Sonoma County, supra,* 708 F3d at 1117 (brackets in original)
11  (quoting Foman v. Davis (1962) 371 US 178, 182, 83 S.Ct. 227, 230).

12      Here, good cause exists for the amendment of the pleadings.  At deposition
13  of Defendant Granger on January 27 of this year, it was learned that Steve Lindley
14  directed Ms. Granger to undertake the actions for which she is being sued.  Mr.
15  Lindley is the Chief of the Bureau of Firearms at the State Department of Justice;
16  at the times alleged in the third amended complaint he was the Acting Chief.  At
17  the time of Ms. Granger's deposition, the scheduling order's date for amendment
18  of pleadings had already passed.  Plaintiff had agreed not to depose Ms. Granger
19  before the New Year for health reasons.  This led Plaintiff to seek leave to amend
20  the scheduling order to a party.  Defendant agreed and the Court entered a
21  modified order.  On March 3, 2015, counsel held a meet and confer effort by
22  telephone to arrive at a good date.  April 15 was suggested and Defendants'
23  counsel agreed.  [Please see declaration of Ron Statler in support of this motion
24  and the exhibits to it, including both the proposed Third Amended Complaint and
25  a strike-through version.]

26      Plaintiff recognizes that the addition of new parties after the passage of time
27  is sometimes viewed more strictly than the addition of new claims, and this
28  amendment would indeed add a new party. *Union Pacific R.R. Co. v. Nevada Power*

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-2-

**MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

1 *Co.*, 950 F.2d 1429, 1432 (9th Cir. 1991). But this delay was caused by the
2 delayed deposition of Ms. Granger to accommodate her health issues. Mr.
3 Lindley's participation was testified to in Ms. Granger's deposition. Any delay in
4 naming Mr. Lindley should not count against Plaintiff.

5 **II.**

6 **NO PREJUDICE BEFALLS DEFENDANT BY AMENDMENT**

7 Defendant Ms. Granger faces no prejudice by amendment. The only new
8 claim against her is for conspiracy. Trial and related dates have already been
9 continued to account for the additional party, and the continuance will allow for
10 continued discovery by all parties. (Doc. 42.)

11 **III.**

12 **CONCLUSION**

13 Leave to amend serves the Courts' liberal policy for granting leave to amend
14 so matters can be heard matter on their merits. No prejudice befalls Defendant by
15 granting leave: the amended scheduling continues the date for trial and related
16 dates, so the amended complaint does not place the parties under an undue time
17 crunch for case preparation. The amendment is timely and serves the interest of
18 justice. Plaintiff Scott James' motion for leave to amend should be granted.

19 Dated: April 15, 2015        HERR PEDERSEN & BERGLUND LLP

21                    By: /s/ Leonard C. Herr
                          LEONARD C. HERR
22                        Attorneys for Plaintiff
                          SCOTT R. JAMES

28 F:\Client Files\James, Scott (1369-00)\1369.12 James v. Granger\Motions\Mtn. to Amend\Motion to amend.doc

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-3-

**MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**