Leonard C. Herr, #081896
Ron Statler, #234277
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California  93291
Telephone:  (559) 636-0200
Email:  lherr@dhlaw.net

Attorneys for Plaintiff: SCOTT R. JAMES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. JAMES,<br><br>      Plaintiff,<br>   v.<br><br>KIMBERLY GRANGER, an individual; STEVE LINDLEY, an individual<br><br>      Defendants. | CASE NO.: 1:13-cv-00983-AWI-SKO<br><br>**NOTICE OF HEARING ON MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>**Date:          June 1, 2015**<br>**Time:          1:30 p.m.**<br>**Courtroom:   2** |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTE THAT** on June 1, 2015 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom #2 of the United States District Court, Eastern District of California, located at 2500 Tulare Street, Fresno, California, Plaintiff Scott James will seek an order granting leave to file a Third Amended Complaint in the above-captioned matter pursuant to Federal Rules of Civil Procedure, Rule 15, for good cause stated.  This notice will be based upon this motion and notice of motion, the accompanying points and authorities, the Declaration of Ron Statler, and other evidence and argument as may be introduced at the time of the hearing.

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-1-

**NOTICE OF MOTION AND MOTION FOR LEAVE TO
FILE THIRD AMENDED COMPLAINT**

1 | Dated:  April 15, 2015          HERR PEDERSEN & BERGLUND LLP

                                    By: /s/ Leonard C. Herr
                                        LEONARD C. HERR
                                        Attorneys for Plaintiff
                                        SCOTT R. JAMES

F:\Client Files\James, Scott (1369-00)\1369.12 James v. Granger\Motions\Mtn. to Amend\NOM to amend.doc

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-2-

**NOTICE OF MOTION AND MOTION FOR LEAVE TO
FILE THIRD AMENDED COMPLAINT**