# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. JAMES,<br><br>     Plaintiff,<br>  v.<br><br>KIMBERLY GRANGER, an individual; STEVE LINDLEY, an individual<br><br>     Defendants. | CASE NO.: 1:13-cv-00983-AWI-SKO<br><br>**[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |

The Court finds good cause for the filing of a Third Amended Complaint and further finds that Defendant will suffer no undue prejudice by its filing.

It is therefore ordered that Plaintiff Scott James has leave to file the third amended complaint within 7 days of service of this order's entry.

IT IS SO ORDERED.

Dated: _____      _____
                              UNITED STATES DISTRICT COURT JUDGE

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-

**[PROPOSED] ORDER ON MOTION FOR LEAVE
TO FILE THIRD AMENDED COMPLAINT**

F:\Client Files\James, Scott (1369-00)\1369.12 James v. Granger\Motions\Mtn. to Amend\Motion to amend.doc

**[PROPOSED] ORDER ON MOTION FOR LEAVE
TO FILE THIRD AMENDED COMPLAINT**

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200