Leonard C. Herr, #081896
Ron Statler, #234277
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200
Email: lherr@dhlaw.net

Attorneys for Plaintiff: SCOTT R. JAMES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. JAMES,<br><br>    Plaintiff,<br><br>    v.<br><br>KIMBERLY GRANGER, an individual,<br><br>    Defendant. | CASE NO.: 1:13-cv-00983-AWI-SKO<br><br>**STIPULATION AND ORDER MODIFYING SETTLEMENT CONFERENCE DATE**<br><br>Trial Date: April 26, 2016 |

The parties, by and through their counsel, hereby stipulate and agree that the Settlement Conference presently set for October 22, 2015 at 10:00 a.m. in Courtroom 7, before Magistrate Judge Sheila K. Oberto, should be re-set to August 13, 2015 at 10:00 a.m., before Magistrate Judge Michael J. Seng.

The parties further stipulate that all deadlines for filing Settlement Conference documents outlined in the Order re Settlement Conference, dated February 24, 2015 (Doc. No. 37) shall be due in accordance with the new Settlement Conference date of August 13, 2015.

Dated: May 18, 2015            KAMALA D. HARRIS
                               ATTORNEY GENERAL OF CALIFORNIA

                               By: /s/ Catherine Woodbridge Guess
                                   Catherine Woodbridge Guess
                                   Attorneys for Defendant
                                   KIMBERLY GRANGER

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

1
**STIPULATION AND ORDER MODIFYING SETTLEMENT CONFERENCE DATE**

1   DATED: May 18, 2015		HERR PEDERSEN & BERGLUND LLP

2

3					By: /s/ Leonard C. Herr
					     LEONARD C. HERR
4					     Attorneys for Plaintiff
					     SCOTT R. JAMES

5

6				**O R D E R**

7

8	IT IS SO ORDERED.

9

10	DATED: _____	_____
					UNITED STATES MAGISTRATE JUDGE
11

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

F:\Client Files\James, Scott (1369-00)\1369.12 James v. Granger\Pleadings\Stip and Order re settlement conference.doc

2

**STIPULATION AND ORDER MODIFYING SETTLEMENT CONFERENCE DATE**