Leonard C. Herr, #081896
Ron Statler, #234277
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200
Email: lherr@dhlaw.net

Attorneys for Plaintiff: SCOTT R. JAMES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. JAMES, | CASE NO.: 1:13-cv-00983-AWI-SKO |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING SETTLEMENT CONFERENCE DATE** |
| v. | |
| KIMBERLY GRANGER, an individual, | Trial Date: April 26, 2016 |
| Defendant. | |

The parties, by and through their counsel, hereby stipulate and agree that the Settlement Conference presently set for October 22, 2015 at 10:00 a.m. in Courtroom 7, before Magistrate Judge Sheila K. Oberto, should be re-set to August 13, 2015 at 10:00 a.m., before Magistrate Judge Michael J. Seng.

The parties further stipulate that all deadlines for filing Settlement Conference documents outlined in the Order re Settlement Conference, dated February 24, 2015 (Doc. No. 37) shall be due in accordance with the new Settlement Conference date of August 13, 2015.

Dated: May 18, 2015          KAMALA D. HARRIS
                             ATTORNEY GENERAL OF CALIFORNIA

                             By: /s/ Catherine Woodbridge Guess
                                 Catherine Woodbridge Guess
                                 Attorneys for Defendant
                                 KIMBERLY GRANGER

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

1
**STIPULATION AND ORDER MODIFYING SETTLEMENT CONFERENCE DATE**

1  DATED: May 18, 2015           HERR PEDERSEN & BERGLUND LLP

                                  By: /s/ Leonard C. Herr
                                        LEONARD C. HERR
                                        Attorneys for Plaintiff
                                        SCOTT R. JAMES

**O R D E R**

IT IS SO ORDERED.

   Dated:  **May 19, 2015**                    **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

2

**STIPULATION AND ORDER MODIFYING SETTLEMENT CONFERENCE DATE**