Leonard C. Herr, #081896
Ron Statler, #234277
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California  93291
Telephone:  (559) 636-0200
Email:  lherr@dhlaw.net

Attorneys for Plaintiff: SCOTT R. JAMES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. JAMES,<br><br>    Plaintiff,<br><br>  v.<br><br>KIMBERLY GRANGER, an individual; STEVE LINDLEY, an individual<br><br>    Defendants. | CASE NO.: 1:13-cv-00983-AWI-SKO<br><br>**REPLY ON MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>**Date:**       May 27, 2015<br>**Time:**       9:30 a.m.<br>**Courtroom:**  7 |

Defendant's opposition amounts to an exercise in continued intimidation by a governmental entity by prematurely threatening  Rule 11 sanctions in a pleading, a gross misrepresentation of the statements made in a deposition, and a misrepresentation of the person being sued.  Leave to amend should be granted.

## I.

## MR. LINDLEY IS BEING SUED AS AN INDIVIDUAL

Mr. James brings a request for leave to file an amended pleading: in response, Defendant Granger threatens Rule 11 sanctions.  This lawsuit was brought because of Ms. Granger's decision to lie to peace officers in order to retaliate against Mr. James for having brought a civil suit; apparently, that either

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-1-

REPLY ON MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

1  is or is becoming a habit for her.

2      One basis for claiming this action is brought in bad faith is the fact that proposed defendant Chief Lindley is sued in his official capacity: "consequently, the Third Amended Complaint fails to state a claim ... and is obviously brought in bad faith." But Chief Lindley is not sued in his official capacity; the caption makes plain that he is sued as "an individual." Admittedly, Mr. Lindley is identified in paragraph 5 by his title – but the caption makes clear that he is being named as an individual. If the Court prefers, Mr. James will file the amended complaint after having changed paragraph 5 to read, in its entirety, "Defendant, Steve Lindley, is and at all times relevant to this Amended Complaint was an adult whose citizenship is unknown."

    If the third amended complaint fails to state a claim, Mr. Lindley is free to file a motion to dismiss – but Ms. Granger fails to cite to a single case that supports the proposition that failure to state a claim under Rule 12(b)(6) is the equivalent of a Rule 11 motion. Indeed, that is not the case: a court cannot impose such sanctions simply for filing imperfect papers. Ms. Granger says that because Mr. Lindley is described with a few too many facts, it is "obvious" that she is being harassed. If anything is "obvious" here, it is the desire of state employees to continue to use threats and intimidation to force Mr. James to stop exercising his first amendment rights to redress, and continuing to use concealed facts and tell half-truths to do so. While this case is against individuals, not the government itself, it is against persons who were abusing the authority given them as employees of a governmental agency; now, other employees from that same governmental agency are prematurely threatening sanctions against Mr. James' representatives. Is that out of habit? Or custom?

26  ///
27  ///
28  ///

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-2-

**REPLY ON MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

## II.

## MR. JAMES DID NOT ADMIT WHAT DEFENDANT SAYS HE ADMITTED

Ms. Granger also misasserts Mr. James' testimony. She claims that Mr. James testified that he has "no proof" that the State of California has a practice of sending people a letter to relinquish their weapons. That was not his testimony. (Determining what is proof probably requires a legal background by someone with trial experience. Mr. James is not a lawyer and has no trial experience.) Without being given the benefit of documents to refresh his memory, Mr. James was asked what proof he has. He testified that he thought there was testimony to that effect in a prior case from another employee of defendant. The state offers no evidence beyond this isolated statement made by Mr. James during deposition. That hardly qualifies as a judicial admission that amounts to a "formal concession[] in the pleadings in the case or stipulations by a party or counsel that have the effect of withdrawing a fact from issue and dispensing wholly with the need for proof of the fact." *Hoodho v. Holder* (2d Cir. 2009) 558 F.3d 184, 191, citing to 2 McCormick on Evidence, § 254 (6th Ed. 2009). It reads far more like that section of Mr. McCormick's treatise favorably cited in *Fleischmann Distilling Corp. v. Maier Brewing Co.*: "by no means is every sort of testimony of a party to be treated as a conclusive or judicial admission." (9th Cir. 1963) 314 F.2d 149, 158.

These so-called admissions were statements made in the midst of deposition. This is a motion for leave to amend, not a motion for summary judgment. Leave to amend is liberally granted, and should be.

## III.

## CONCLUSION

Scott James is requesting leave to amend a pleading. Ms. Granger's response is to make premature threats for statutory sanctions and to [at best] overstate the effect of testimony by Mr. James as though she is making a case for

///

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

**REPLY ON MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

summary judgment on weak evidence.  The motion for leave to amend should be granted.

Dated:  May 20, 2015                 HERR PEDERSEN & BERGLUND LLP


           By: /s/ Leonard C. Herr
             LEONARD C. HERR
             Attorneys for Plaintiff
             SCOTT R. JAMES

F:\Client Files\James, Scott (1369-00)\1369.12 James v. Granger\Motions\Mtn. to Amend\Reply to Opposition.doc

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-4-

**REPLY ON MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**