KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
ALBERTO L. GONZALEZ, State Bar No. 117605
Supervising Deputy Attorney General
CATHERINE WOODBRIDGE GUESS, State Bar No. 186186
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 445-8216
  Fax: (916) 322-8288
  E-mail: Catherine.Woodbridge@doj.ca.gov
*Attorneys for Defendants Stephen Lindley and Kimberly Granger*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SCOTT R. JAMES,<br><br>               Plaintiff,<br><br>v.<br><br>KIMBERLY GRANGER,<br><br>               Defendant. | 1:13-CV-0983 AWI SKO<br><br>**OBJECTION TO REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION FOR SANCTIONS AND OBJECTION TO EXHIBITS TO STATLER' DECLARATION**<br><br>Date: August 3, 2015<br>Time: 1:30 p.m.<br>Courtroom: 2<br>Judge: Hon. Anthony W. Ishii<br>Trial Date: May 17, 2016<br>Action Filed: June 26, 2013 |

Defendants object to Exhibit A of Plaintiff's Request for Judicial Notice as it applies to any statements by the judge and arguments by counsel. Fed. R. Evid. 401, 403, 801, 802. The portions of the transcript objectionable are found at pages 107-126.

Defendants object to Exhibit B of attorney Ron Statler's Declaration in Opposition to Motion for Sanctions. Fed. R. Evid. 401, 403, 801, 802.

///

///

1 | Defendants object to Exhibit C of Plaintiff's Request for Judicial Notice as it applies to any
2 | statements by the judge and arguments by counsel. Fed. R. Evid. 401, 403, 801, 802.

Dated: July 24, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
ALBERTO L. GONZALEZ
Supervising Deputy Attorney General

*/s/ Catherine Woodbridge Guess*

CATHERINE WOODBRIDGE GUESS
Deputy Attorney General
*Attorneys for Defendants Stephen Lindley and Kimberly Granger*

SA2013309877
32151479.doc