Leonard C. Herr, #081896
Ron Statler, #234277
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200
Email: lherr@dhlaw.net

Attorneys for Plaintiff: SCOTT R. JAMES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. JAMES,<br><br>       Plaintiff,<br>  v.<br><br>KIMBERLY GRANGER, an individual; STEVE LINDLEY, an individual<br><br>       Defendants. | CASE NO.: 1:13-cv-00983-AWI-SKO<br><br>**PLAINTIFF'S NOTICE OF LODGING SETTLEMENT CONFERENCE STATEMENT**<br><br>Date:    September 10, 2015<br>Time:    10:00 a.m.<br>Crtrm.:   6<br>Judge:   Hon. Michael J. Seng |

On September 3, 2015, Plaintiff SCOTT R. JAMES lodged his "Settlement Conference Statement" with the Honorable Michael J. Seng.

Dated: September 3, 2015.        HERR PEDERSEN & BERGLUND LLP

                                By: /s/ Leonard C. Herr
                                    LEONARD C. HERR
                                    Attorneys for Plaintiff
                                    SCOTT R. JAMES

F:\Client Files\James, Scott (1369-00)\1369.12 James v. Granger\Pleadings\Notice of Lodging SCS.doc

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

**PLAINTIFF'S NOTICE OF LODGING SETTLEMENT CONFERENCE STATEMENT**