Leonard C. Herr, #081896
Ron Statler, #234277
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California  93291
Telephone:  (559) 636-0200
Email:  lherr@dhlaw.net

Attorneys for Plaintiff: SCOTT R. JAMES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. JAMES,<br><br>   Plaintiff,<br><br>  v.<br><br>KIMBERLY GRANGER, an individual;<br>STEVE LINDLEY, an individual<br><br>   Defendant. | CASE NO.: 1:13-cv-00983-AWI-SKO<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO DESIGNATE RULE 26 EXPERTS**<br><br>Trial Date:  May 17, 2016 |

The parties to this litigation, Plaintiff SCOTT R. JAMES and Defendants, KIMBERLY GRANGER and STEVE LINDLEY, by and through their respective attorneys of record, have met and conferred on the issue of the date to designate experts under Federal Rules of Civil Procedure, Rule 26.  The current date to designate experts is October 9, 2015.  The current date to designate supplemental experts is October 26, 2015. The parties agree that good cause exists for a one week extension of time to designate experts and jointly request an extension.

### **STIPULATION**

IT IS HEREBY STIPULATED that the current date of October 9, 2015 to designate experts be extended to October 16, 2015; and

///

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

1
**STIPULATION AND [PROPOSED] ORDER RE EXTENSION
OF TIME TO DESIGNATE RULE 26 EXPERTS**

IT IS FURTHER STIPULATED that the current date of October 26, 2015 to designate supplemental experts is extended to November 2, 2015.

DATED: October 6, 2015          KAMALA D. HARRIS
                                ATTORNEY GENERAL OF CALIFORNIA

                                By: /s/ Catherine Woodbridge Guess (authorized)
                                    Catherine Woodbridge Guess
                                    Attorneys for Defendants
                                    KIMBERLY GRANGER and
                                    STEVE LINDLEY

DATED: October 6, 2015          HERR PEDERSEN & BERGLUND LLP

                                By: /s/ Leonard C. Herr
                                    LEONARD C. HERR
                                    Attorneys for Plaintiff
                                    SCOTT R. JAMES

## **O R D E R**

Upon good cause being shown as set forth in the stipulation of legal counsel for the parties, the Court hereby adopts the stipulation.

IT IS HEREBY ORDERED.

DATED: _____          _____
                                UNITED STATES MAGISTRATE JUDGE

F:\Client Files\James, Scott (1369-00)\1369.12 James v. Granger\Pleadings\Stip and Order to Extend time to Designate Exp..doc

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200