Leonard C. Herr, #081896
Ron Statler, #234277

HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200
Email: lherr@dhlaw.net

Attorneys for Plaintiff: SCOTT R. JAMES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. JAMES,<br><br>        Plaintiff,<br><br>  v.<br><br>KIMBERLY GRANGER, an individual;<br>STEVE LINDLEY, an individual,<br><br>        Defendants.<br>_____/ | Case No. 1:13-cv-00983-AWI-SKO<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME TO DESIGNATE RULE 26 EXPERTS**<br><br>Trial Date: May 17, 2016 |

      The parties to this litigation, Plaintiff SCOTT R. JAMES and Defendants, KIMBERLY GRANGER and STEVE LINDLEY, by and through their respective attorneys of record, have met and conferred on the issue of the date to designate experts under Federal Rules of Civil Procedure, Rule 26. The current date to designate experts is October 9, 2015. The current date to designate supplemental experts is October 26, 2015. The parties agree that good cause exists for a one week extension of time to designate experts and jointly request an extension.

**STIPULATION**

IT IS HEREBY STIPULATED that the current date of October 9, 2015 to designate experts be extended to October 16, 2015; and

IT IS FURTHER STIPULATED that the current date of October 26, 2015 to designate supplemental experts is extended to November 2, 2015.

DATED: October 6, 2015     KAMALA D. HARRIS
                          ATTORNEY GENERAL OF CALIFORNIA

                          By: /s/ Catherine Woodbridge Guess (authorized)
                              Catherine Woodbridge Guess
                              Attorneys for Defendants
                              KIMBERLY GRANGER and
                              STEVE LINDLEY

DATED: October 6, 2015     HERR PEDERSEN & BERGLUND LLP

                          By: /s/ Leonard C. Herr
                              LEONARD C. HERR
                              Attorneys for Plaintiff

                              SCOTT R. JAMES

# **ORDER**

Based on the parties' stipulation, the Court modifies the June 26, 2014, scheduling order (Doc. 33) to grant the parties an extension of time to designate experts and supplemental experts. All other dates remain as set in the Court's March 18, 2015, scheduling order.  (Doc. 42.)

Accordingly, discovery deadlines and motion filing deadlines are continued as follows:

Expert Disclosure:  **October 9, 2015**

Supplemental Expert Disclosure:  **October 26, 2015**

Expert Discovery cutoff:  **December 9, 2015**

Non Dispositive Motions:

    Filing:  **December 31, 2015**

    Hearing:  **February 3, 2016**

Dispositive Motions:

    Filing:  **December 31, 2015**

    Hearing:  **February 8, 2016**

Pre-Trial Conference:  **March 23, 2016, at 10:00 a.m., Ctrm 2**

Trial:  **May 17, 2016, at 8:30 a.m., in Ctrm 2**

IT IS SO ORDERED.

Dated:  **October 8, 2015**                              /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE