Leonard C. Herr, #081896
Ron Statler, #234277

HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California  93291
Telephone:  (559) 636-0200
Email:  lherr@dhlaw.net

Attorneys for Plaintiff: SCOTT R. JAMES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SCOTT R. JAMES,

               Plaintiff,

    v.

KIMBERLY GRANGER, an individual;
STEVE LINDLEY, an individual,

               Defendants.

_____/

Case No.  1:13-cv-00983-AWI-SKO

**STIPULATION AND AMENDED ORDER RE EXTENSION OF TIME TO DESIGNATE RULE 26 EXPERTS**

Trial Date:  May 17, 2016

    The parties to this litigation, Plaintiff SCOTT R. JAMES and Defendants, KIMBERLY GRANGER and STEVE LINDLEY, by and through their respective attorneys of record, have met and conferred on the issue of the date to designate experts under Federal Rules of Civil Procedure, Rule 26.  The current date to designate experts is October 9, 2015.  The current date to designate supplemental experts is October 26, 2015. The parties agree that good cause exists for a one week extension of time to designate experts and jointly request an extension.

1

**STIPULATION**

2     IT IS HEREBY STIPULATED that the current date of October 9, 2015 to

3  designate experts be extended to October 16, 2015; and

4     IT IS FURTHER STIPULATED that the current date of October 26, 2015 to

5  designate supplemental experts is extended to November 2, 2015.

6
   DATED:  October 6, 2015          KAMALA D. HARRIS
7                                   ATTORNEY GENERAL OF CALIFORNIA

8                                   By: /s/ Catherine Woodbridge Guess (authorized)
                                        Catherine Woodbridge Guess
9                                       Attorneys for Defendants
                                        KIMBERLY GRANGER and
10                                      STEVE LINDLEY

11
   DATED: October 6, 2015           HERR PEDERSEN & BERGLUND LLP
12
                                    By: /s/ Leonard C. Herr
13                                      LEONARD C. HERR
                                        Attorneys for Plaintiff
14                                      SCOTT R. JAMES

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
STIPULATION AND AMENDED ORDER RE EXTENSION
OF TIME TO DESIGNATE RULE 26 EXPERTS

1

**ORDER**

2        Based on the parties' stipulation, the Court modifies the June 26, 2014, scheduling order

3  (Doc. 33) to grant the parties an extension of time to designate experts and supplemental experts.

4  All other dates remain as set in the Court's March 18, 2015, scheduling order.  (Doc. 42.)

5        Accordingly, discovery deadlines and motion filing deadlines are continued as follows:

6              Expert Disclosure:  **October 16, 2015**

7              Supplemental Expert Disclosure:  **November 2, 2015**

8              Expert Discovery cutoff:  **December 9, 2015**

9              Non Dispositive Motions:

10                   Filing:  **December 31, 2015**

11                   Hearing:  **February 3, 2016**

12             Dispositive Motions:

13                   Filing:  **December 31, 2015**

14                   Hearing:  **February 8, 2016**

15             Pre-Trial Conference:  **March 23, 2016, at 10:00 a.m., Ctrm 2**

16             Trial:  **May 17, 2016, at 8:30 a.m., in Ctrm 2**

17

18  IT IS SO ORDERED.

19

20  Dated:   __October 8, 2015__                     _____/s/ Sheila K. Oberto__
                                                    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

3
STIPULATION AND AMENDED ORDER RE EXTENSION
OF TIME TO DESIGNATE RULE 26 EXPERTS