1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  ALBERTO L. GONZALEZ, State Bar No. 117605
   Supervising Deputy Attorney General
3  CATHERINE WOODBRIDGE GUESS, State Bar No. 186186
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 445-8216
6    Fax: (916) 322-8288
     E-mail: Catherine.Woodbridge@doj.ca.gov
7  *Attorneys for Defendants Stephen Lindley and Kimberly Granger*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **SCOTT R. JAMES,**<br><br>            Plaintiff,<br><br>     v.<br><br>**KIMBERLY GRANGER,**<br><br>            Defendant. | 1:13-CV-0983 AWI SKO<br><br>**DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED FACTS AND SUPPORTING EVIDENCE FOR MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:        December 7, 2015<br>Time:       1:30 p.m.<br>Courtroom: 2<br>Judge:      The Honorable Anthony W. Ishii<br>Trial Date: May 17, 2016<br>Action Filed: June 26, 2013 |

Defendants Kimberly Granger and Stephen Lindley hereby submit the following separate statement of undisputed facts and supporting evidence for motion for summary judgment:

| **UNDISPUTED FACTS** | **SUPPORTING EVIDENCE** |
|---|---|
| 1. In 1996, Plaintiff was convicted of violation of California Penal Code § 242 (battery) on his wife. | 1. Deposition of Scott James taken July 25, 2011 at 53:18-54:2, 57:10-13, 58:19-24; see also Request for Judicial Notice No. 1. |

1

| | |
|---|---|
| 2. The State of California considers Plaintiff's conviction is a misdemeanor crime of domestic violence. | 2. Request for Judicial Notice No. 1 (*James v. State of California*, 229 Cal. App. 4th 130, 143 (Cal. App. 5th Dist. 2014); Declaration of Stephen Lindley at ¶ 2; Declaration of Kimberly Granger at ¶ 3. |
| 3. Federal law prohibits anyone convicted of a misdemeanor crime of domestic violence from owning or possessing a firearm. | 3. 18 U.S.C. § 992(g)(9). |
| 4. Between his 1996 conviction and January 2011, Plaintiff attempted to purchase a firearm on at least eight occasions. | 4. Declaration of Luke Powell at ¶ 2. |
| 5. Plaintiff was denied purchase on seven occasions because of his battery conviction. Plaintiff was denied purchase on seven occasions because of his battery conviction. | 5. Declaration of Luke Powell at ¶ 2. |
| 6. On each occasion that Plaintiff was denied purchase, he was issued a letter from the California Department of Justice informing Plaintiff that he is a prohibited person. | 6. Declaration of Luke Powell at ¶ 2. |
| 7. On January 30, 2011, the Department of Justice again notified Plaintiff that he was a prohibited person and not allowed to purchase or possess firearms. | 7. Declaration of Luke Powell at ¶ 4. |
| 8. At all times relevant to this action, Stephen Lindley was acting Chief and Chief of the State of California/Bureau of Firearms ("Department"). | 8. Deposition of Stephen Lindley taken September 23, 2015 at 5:19-6:9; Declaration of Stephen Lindley at ¶ 2. |
| 9. At all times relevant to this action, Kimberly Granger was a Deputy Attorney General for the State of California. | 9. Deposition of Kimberly Granger taken January 27, 2015 at 6:20-22; Declaration of Kimberly Granger at ¶2. |
| 10. Beginning in 2010, Ms. Granger was assigned to the Department to act as legal counsel for the Bureau of Firearms, including defending the Bureau of Firearms in any lawsuits. | 10. Declaration of Kimberly Granger at ¶2. |

| | | |
|---|---|---|
| | 11.  As part of her job, Ms. Granger reported to Chief Lindley on the status of litigation against the Department, including providing any reports or summaries regarding law and motion and discovery. | 11.  Deposition of Stephen Lindley taken September 23, 2015 at 24:14-24; Deposition of Kimberly Granger taken January 27, 2015 at 37:12-23; Declaration of Stephen Lindley at ¶ 2; Declaration of Kimberly Granger at ¶ 2. |
| | 12.  Ms. Granger's job duties also include providing legal advise to agents with the Department when questions arise during execution of a search warrant. | 12.  Deposition of Stephen Lindley taken September 23, 2015 at 33:7-15; Deposition of Kimberly Granger taken January 27, 2015 at 32:21-25, 40:1-3, 46:14-18; Declaration of Stephen Lindley at ¶ 2; Declaration of Kimberly Granger at ¶ 2. |
| | 13.  On February 15, 2011, Plaintiff filed a writ of mandamus in the Superior Court of California, County of Tulare challenging his prohibited status. | 13.  Declaration of Kimberly Granger at ¶2. |
| | 14.  The State of California considers Plaintiff a prohibited person unless and until a court deems otherwise. | 14. Deposition of Kimberly Granger taken January 27, 2015 at 16:20-17:2, 24:6-8; Declaration of Kimberly Granger at ¶ 3; Declaration of Stephen Lindley at ¶ 2. |
| | 15.  Deputy Attorney General Granger was assigned to handle the defense of the writ on behalf of the Department. | 15.  Deposition of Kimberly Granger taken January 27, 2015 at 13:23-14:8; Declaration of Kimberly Granger at ¶ 3; Declaration of Stephen Lindley at ¶ 2. |
| | 16.  As part of the litigation process, Ms. Granger took the deposition of Plaintiff on July 25, 2011. | 16.  Declaration of Kimberly Granger at ¶ 3. |
| | 17.  During the deposition, Plaintiff admitted possession of firearms. | 17.  Deposition of Scott James taken July 25, 2011 at 31:11-13, 32:14-23. |
| | 18.  Ms. Granger provided a summary of the information obtained from Plaintiff's deposition to Chief Lindley, her client, including Plaintiff's admission that he possessed firearms in violation of federal law. | 18.  Deposition of Kimberly Granger taken January 27, 2015 at 16:12-17:2, 76:19-77:8; Declaration of Kimberly Granger at ¶ 3; Declaration of Stephen Lindley at ¶ 2. |
| | 19.  When the Department learns that a prohibited person is in possession of firearms, it investigates. | 19.  Declaration of Kimberly Granger at ¶ 4; Declaration of Stephen Lindley at ¶ 3. |

| | |
|---|---|
| 20. If the prohibited person admits possession of firearms in violation of the law, the Department seeks a search warrant. | 20. Deposition of Stephen Lindley taken September 23, 2015 at 37:25-38:6, 39:6-11, 40:1-11; Deposition of Kimberly Granger taken January 27, 2015 at 33:23-34:5, 63:15-19, 63:20-64:2, 64:24-65:4; Declaration of Stephen Lindley at ¶ 3; Declaration of Kimberly Granger at ¶ 4. |
| 21. It has never been the policy of the Department to send a letter to a prohibited person known to be in possession of firearms and request voluntary relinquishment. | 21. Deposition of Stephen Lindley taken September 23, 2015 at 36:8-17; Deposition of Kimberly Granger taken January 27, 2015 at 34:25-35:2; Declaration of Stephen Lindley at ¶ 3; Declaration of Kimberly Granger at ¶ 4. |
| 22. When Chief Lindley learned that a prohibited person admitted possessing firearms, he notified Special Agent in Charge John Marsh who is in charge of operation and enforcement for the Northern California area of the Department that a prohibited person admitted being in possession of firearms. | 22. Deposition of Stephen Lindley taken September 23, 2015 at 44:24-45:6; Declaration of Stephen Lindley at ¶ 4. |
| 23. Department Supervisor Lee Carega requested that Special Agent Luke Powell investigate the matter. | 23. Deposition of Luke Powell taken September 22, 2015 at 10:13-20; Declaration of Luke Powell at ¶ 2. |
| 24. Neither Chief Lindley nor Ms. Granger investigated the matter. | 24. Declaration of Stephen Lindley at ¶ 4; Declaration of Kimberly Granger at ¶ 5. |
| 25. Agent Luke Powell investigated the matter using the Automated Firearms Systems (AFS), Armed Prohibited System (APS), Domestic Violence Restraining Order System (DVROS), Assault Weapons Registry (AWR), Automated Criminal History System (ACHS), Wanted Persons System (WPS), and Mental Health Firearms Prohibited System (MHPS), and obtained copies of the 1996 criminal matter, including the police report regarding Plaintiff's 1996 arrest. | 25. Deposition of Luke Powell taken September 22, 2015 at 19:21-21:10, 23:3-5; Declaration of Luke Powell at ¶ 2. |
| 26. Agent Powell also obtained a part of the civil deposition transcript in the mandamus case in which Plaintiff admitted owning firearms. | 26. Declaration of Luke Powell at ¶ 2. |

| | |
|---|---|
| 27.  Agent Powell obtained Plaintiff's application for purchase of firearms in January 2011. | 27.  Declaration of Luke Powell at ¶ 2. |
| 28.  In that application, Plaintiff failed to identify his residence as required and failed to identify his prior criminal convictions. | 28.  Declaration of Luke Powell at ¶ 2. |
| 29.  Agent Powell prepared a request for search warrant of Plaintiff's residence and vehicles. | 29.  Deposition of Luke Powell taken September 22, 2015 at 17:4-8; Declaration of Luke Powell at ¶ 2; Deposition of Scott James taken January 26, 2015 at 81:17-20. |
| 30.  Ms. Granger did not assist in preparing or prepare the search warrant. | 30.  Declaration of Kimberly Granger at ¶ 5; Declaration of Luke Powell at ¶ 2. |
| 31.  Ms. Granger did not review the request for search warrant. | 31.  Declaration of Kimberly Granger at ¶ 5; Declaration of Luke Powell at ¶ 2. |
| 32.  Chief Lindley did not assist in preparing, prepare or review the request for search warrant. | 32.  Declaration of Stephen Lindley at ¶ 4; Declaration of Luke Powell at ¶ 2. |
| 33. On October 4, 2011, Tulare County Judge Hillman issued the search warrant. | 33.  Declaration of Luke Powell at ¶ 3. |
| 34.  On October 13, 2011, the search warrant of Plaintiff's residence and vehicles was executed. | 34.  Declaration of Luke Powell at ¶ 4. |
| 35.  Ms. Granger did not order or direct the search of Plaintiff's home or seizure of his firearms. | 35.  Deposition of Kimberly Granger taken January 27, 2015 at 46:22-25; Declaration of Luke Powell at ¶ 4; Declaration of Kimberly Granger at ¶ 5; Deposition of Scott James taken January 26, 2015 at 88:6-8. |
| 36.  The search of Plaintiff's home uncovered more than 30 firearms and over 4,000 rounds of ammunition. | 36.  Declaration of Luke Powell at ¶ 4. |
| 37.  In addition, a January 30, 2011 letter from the Department to Plaintiff notifying him that he was prohibited from owning or purchasing firearms was found in Plaintiff's gun safe. | 37.  Declaration of Luke Powell at ¶ 4. |
| 38.  Following the search, Agent Powell arrested Plaintiff. | 38.  Declaration of Luke Powell at ¶ 4. |

| | |
|---|---|
| 39. At no time did Ms. Granger direct the Department agents to arrest Plaintiff. | 39. Declaration of Kimberly Granger at ¶ 5; Declaration of Luke Powell at ¶ 4. |
| 40. At no time did Chief Lindley direct Department agents to arrest Plaintiff. | 40. Declaration of Stephen Lindley at ¶ 4; Declaration of Luke Powell at ¶ 4. |
| 41. The Tulare County District Attorney prosecuted Plaintiff for violation of Penal Code § 12280(b) (assault weapon). | 41. Third Amended Complaint ¶ 17. |
| 42. At no time did Chief Linley or Ms. Granger single out Plaintiff for disparate treatment. | 42. Declaration of Kimberly Granger at ¶ 7; Declaration of Stephen Lindley at ¶ 5. |

Dated: November 3, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
ALBERTO L. GONZALEZ
Supervising Deputy Attorney General

s/ *Catherine Woodbridge Guess*

CATHERINE WOODBRIDGE GUESS
Deputy Attorney General
*Attorneys for Defendants Stephen Lindley and Kimberly Granger*

SA2013309877
32261952.doc