Leonard C. Herr, #081896
Ron Statler, #234277
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California  93291
Telephone:  (559) 636-0200
Email:  lherr@dhlaw.net

Attorneys for Plaintiff: SCOTT R. JAMES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. JAMES,<br><br>    Plaintiff,<br><br>  v.<br><br>KIMBERLY GRANGER, an individual;<br>STEVE LINDLEY, an individual<br><br>    Defendants. | CASE NO.: 1:13-cv-00983-AWI-SKO<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED FACTS**<br><br>**Date:** December 7, 2015<br>**Time:** 1:30 p.m.<br>**Courtroom:** 2<br><br>Trial Date:   May 17, 2016<br>Action Filed: June 26, 2013 |

Plaintiff does not dispute the facts stated in Defendants' separate statement in support of their motion for summary judgment; this lack of dispute is for purposes of this motion only.  Plaintiff does not waive or otherwise relieve Defendants from their burden of production of evidence, or from their burden of proof of any fact, in rebuttal or support of a defense at trial.

                              Respectfully submitted.

DATED: November 23, 2015        HERR PEDERSEN & BERGLUND LLP


                                By: /s/ Leonard C. Herr
                                    LEONARD C. HERR
                                    Attorneys for Plaintiff
                                    SCOTT R. JAMES

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200