Leonard C. Herr, #081896
Ron Statler, #234277
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200
Email: lherr@dhlaw.net

Attorneys for Plaintiff: SCOTT R. JAMES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. JAMES,<br><br>    Plaintiff,<br><br>  v.<br><br>KIMBERLY GRANGER, an individual; STEVE LINDLEY, an individual<br><br>    Defendants. | CASE NO.: 1:13-cv-00983-AWI-SKO<br><br>**PLAINTIFF'S SEPARATE STATEMENT OF FACTS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:** December 7, 2015<br>**Time:** 1:30 p.m.<br>**Courtroom:** 2<br><br>Trial Date: May 17, 2016<br>Action Filed: June 26, 2013 |

Plaintiff Scott James submits these facts in support of his opposition to the motion for summary judgment brought by Defendants Granger and Lindley.

| **Plaintiff's Facts in Opposition** | **Plaintiff's Supporting Evidence** |
|---|---|
|  |  |
| 1.   When Agents began the October 13, 2011 search of Plaintiff's home, agents used unknown means to knock down the front door to gain access to the home. | James Deposition, Jan. 26, 2015, p. 115:18-19. |
| /// |  |
| /// |  |

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

1
**PLAINTIFF'S SEPARATE STATEMENT OF FACTS IN OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT**

| # | | |
|---|---|---|
| 2. | When Defendant Granger took Mr. James' deposition, she ended up having to "withdraw" an argumentative question made at Mr. James accusing him of suing the wrong Defendant, the State of California; until Mr. James felt compelled to protest his loyalty to his state. | James depo., July 25, 2011, p. 142:3-10 & 142:11-12. |
| 3. | Defendant Granger testified that she gave Agent Powell the entire transcript of Scott James' deposition after the usual time spent waiting for a deposition transcript to be prepared. | Granger depo., p. 30:8-31:22. |
| 4. | Agent Powell testified in Court that he only got 5 to 10 pages of it and got it the day after the deposition. | Transcript of Court Proceedings, p. 7:1-8:16. |
| 5. | Defendant Granger testified at her deposition that she informed Agent Powell of the nature of the civil case brought by Scott James against the state. | Granger depo., p. 30:8-31:22. |
| 6. | Agent Powell testified in Court and at deposition that he was never informed of the nature of the civil case; a fact corroborated by his affidavit of probable cause, in which he swore that "it is anticipated that this issue will be subject to litigation," not that it was pending. | Transcript of Court Proceedings, p. 14:4-14:16, 124:23-25; Powell Depo., p. 15:4-8, Exh. 2. |
| 7. | Agent Powell stayed out of civil matters; he has done so his entire career. | Powell Depo., p. 26:14-22. |
| 8. | Ms. Granger testified at deposition that she was at the execution of the search warrant to give legal advice to the officers. | Granger Depo., p. 46:14-18. |
| 9. | Agent Powell testified Ms. Granger served no actual purpose when accompanying the agents on the search; she was there merely to observe. | Powell Depo., p. 31:20-32:16. |

///

///

///

///

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

2
**PLAINTIFF'S SEPARATE STATEMENT OF FACTS IN OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT**

| | | |
|---|---|---|
| 1-7 | 10. The evidence seized during the execution of the search warrant was suppressed based, in substantial part, on the material omissions of fact from the affidavit in support of it, including "too many material omissions and lack of clarification as to actually what is going on at the time this search warrant was authored…," including the fact Scott James filed a lawsuit and that the lawsuit was filed for with good reason. | Transcript of Court Proceedings, p. 124:13-125:24. |
| 8-10 | 11. The execution of the search warrant occurred about a week before the state's opposition to Mr. James' motion for judgment was due in the civil case. | Herr Declaration. |

Respectfully submitted.

DATED: November 23, 2015        HERR PEDERSEN & BERGLUND LLP

By: /s/ Leonard C. Herr
    LEONARD C. HERR
    Attorneys for Plaintiff
    SCOTT R. JAMES

F:\Client Files\James, Scott (1369-00)\1369.12 James v. Granger\Motions\Defendants' MSJ\Plaintiff's Separate Statement in Opposition.doc

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

3

**PLAINTIFF'S SEPARATE STATEMENT OF FACTS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**