Leonard C. Herr, #081896
Ron Statler, #234277
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200
Email: lherr@dhlaw.net

Attorneys for Plaintiff: SCOTT R. JAMES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. JAMES,<br><br>    Plaintiff,<br>  v.<br><br>KIMBERLY GRANGER, an individual; STEVE LINDLEY, an individual,<br><br>    Defendant. | NO.: 1:13-cv-00983-AWI-SKO<br><br>**MID-DISCOVERY STATUS REPORT**<br><br>Trial Date: May 17, 2016 |

Non-expert discovery has been completed except for the transcript of the deposition of Defendant Stephen Lindley, which contains on-the-record meet and confer efforts about questions that were objected to on the basis of privilege and that essentially ruled out any testimony regarding communications between the defendants; the parties agreed that a meet and confer effort would follow, but the transcript has not yet been received.

Plaintiff's expert, Robert Fonzi, is set to be deposed on December 16, 2015 in Sacramento, California. Defendant did not designate any experts.

DATED: December 3, 2015          HERR PEDERSEN & BERGLUND LLP

                                  By: /s/ Leonard C. Herr
                                      LEONARD C. HERR
                                      Attorneys for Plaintiff
                                      SCOTT R. JAMES

F:\Client Files\James, Scott (1369-00)\1369.12 James v. Granger\Pleadings\Mid-Discovery Status Report.doc

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

**MID-DISCOVERY STATUS REPORT**