Leonard C. Herr, #081896
Ron Statler, #234277
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200
Email: lherr@dhlaw.net

Attorneys for Plaintiff: SCOTT R. JAMES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT R. JAMES,<br><br>    Plaintiff,<br><br>v.<br><br>KIMBERLY GRANGER, an individual;<br>STEVE LINDLEY, an individual<br><br>    Defendants. | CASE NO.: 1:13-cv-00983-AWI-SKO<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CANCELLING MID-DISCOVERY STATUS CONFERENCE**<br><br>Trial Date: May 17, 2016 |

The parties, by and through their counsel, hereby stipulate and agree that the Mid-Discovery Status Conference presently set for December 10, 2015 at 10:00 a.m. in Courtroom 7, before Magistrate Judge Sheila K. Oberto is cancelled and shall be taken off calendar.

DATED: December 7, 2015

          KAMALA D. HARRIS
          ATTORNEY GENERAL OF CALIFORNIA

          By: /s/ Catherine Woodbridge Guess (auth.12/7/15)
               Catherine Woodbridge Guess
               Attorneys for Defendants
               KIMBERLY GRANGER and
               STEVE LINDLEY

/ / /

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

1
**STIPULATION AND [PROPOSED] ORDER RE: CANCELLING
MID-DISCOVERY STATUS CONFERENCE**

DATED: December 8, 2015

                        HERR PEDERSEN & BERGLUND LLP

                        By: /s/ Leonard C. Herr
                              LEONARD C. HERR
                              Attorneys for Plaintiff
                              SCOTT R. JAMES

## **O R D E R**

Upon good cause being shown as set forth in the stipulation of legal counsel for the parties, the Court hereby adopts the stipulation.

IT IS SO ORDERED.


DATED: _____                        _____
                                                          UNITED STATES MAGISTRATE JUDGE

F:\Client Files\James, Scott (1369-00)\1369.12 James v. Granger\Pleadings\Stip and Order to Cancel Mid-Discovery Status Conference.doc

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200