1  Leonard C. Herr, #081896
   Ron Statler, #234277
2  HERR PEDERSEN & BERGLUND LLP
   Attorneys at Law
3  100 Willow Plaza, Suite 300
   Visalia, California  93291
4  Telephone:  (559) 636-0200
   Email:  lherr@dhlaw.net
5
   Attorneys for Plaintiff: SCOTT R. JAMES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| SCOTT R. JAMES, | CASE NO.: 1:13-cv-00983-AWI-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: CANCELLING MID-DISCOVERY STATUS CONFERENCE** |
| v. | |
| KIMBERLY GRANGER, an individual; STEVE LINDLEY, an individual | |
| Defendants. | Trial Date:  May 17, 2016 |

The parties, by and through their counsel, hereby stipulate and agree that the Mid-Discovery Status Conference presently set for December 10, 2015 at 10:00 a.m. in Courtroom 7, before Magistrate Judge Sheila K. Oberto is cancelled and shall be taken off calendar.

DATED: December 7, 2015

        KAMALA D. HARRIS
        ATTORNEY GENERAL OF CALIFORNIA

        By: /s/ Catherine Woodbridge Guess (auth.12/7/15)
            Catherine Woodbridge Guess
            Attorneys for Defendants
            KIMBERLY GRANGER and
            STEVE LINDLEY

/ / /

---

1
**STIPULATION AND [PROPOSED] ORDER RE: CANCELLING
MID-DISCOVERY STATUS CONFERENCE**

1  DATED: December 8, 2015

2         HERR PEDERSEN & BERGLUND LLP

3         By: /s/ Leonard C. Herr
4           LEONARD C. HERR
         Attorneys for Plaintiff
5           SCOTT R. JAMES

6           **O R D E R**

7    Upon good cause being shown as set forth in the stipulation of legal counsel for the

8  parties, the Court hereby adopts the stipulation.

9  IT IS SO ORDERED.

10

11  Dated:  **December 9, 2015**      **/s/ Sheila K. Oberto**
                UNITED STATES MAGISTRATE JUDGE

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

2
**STIPULATION AND [PROPOSED] ORDER RE: CANCELLING
MID-DISCOVERY STATUS CONFERENCE**