# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SCOTT R. JAMES,**

CASE NO: **1:13–CV–00983–AWI–SKO**

v.

**KIMBERLY GRANGER, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/31/2015**

**Marianne Matherly**
Clerk of Court

ENTERED: **December 31, 2015**

by: /s/ T. Lundstrom
Deputy Clerk