KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
ALBERTO L. GONZALEZ, State Bar No. 117605
Supervising Deputy Attorney General
CATHERINE WOODBRIDGE GUESS, State Bar No. 186186
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-8216
 Fax: (916) 322-8288
 E-mail: Catherine.Woodbridge@doj.ca.gov
*Attorneys for Defendants Granger and Lindley*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SCOTT R. JAMES,<br><br>                    Plaintiff,<br><br>     v.<br><br>KIMBERLY GRANGER,<br><br>                    Defendant. | 1:13-CV-0983 AWI SKO<br><br>**DECLARATION OF CATHERINE W. GUESS IN SUPPORT OF BILL OF COSTS** |

I, Catherine W. Guess, declare:

1. I am an attorney with the California Department of Justice, attorneys for Defendants Kimberly Granger and Stephen Lindley.

2. On December 31, 2015, this Court granted summary judgment in favor of Defendants and against Plaintiff. (Docket No. 81). Judgment was entered December 31, 2015. (Docket No. 82).

3. Defendants present a cost bill of $3,193.15. The costs are a necessary and reasonable part of the defense of this matter, including preparation for trial and Defendants' motion for summary judgment. Defendants seek recovery of costs incurred for deposition transcription that

was actually and necessarily performed. The costs were necessarily obtained for use in the case and were reasonably necessary at the time incurred. The deposition transcripts are essential for Defendants to prepare for trial. Indeed, the depositions of Plaintiff, Defendants and Luke Powell were necessary in order for Defendants to prepare their motion for summary judgment which was granted. Prior to the order granting summary judgment and in preparation of trial, Defendants took the deposition of Plaintiff's expert, Robert Fonzi, in order to determine his expert opinions for trial.

4. The depositions taken in this case were Plaintiff Scott James, Defendants Kimberly Granger and Stephen Lindley, Luke Powell, and Robert Fonzi. Luke Powell is a witness to the alleged incidents in this case. Robert Fonzi was identified as Plaintiff's expert. Plaintiff noticed the depositions of Kimberly Granger, Stephen Lindley, and Luke Powell. Defendants noticed the depositions of Plaintiff and his expert Robert Fonzi. Defendants incurred the following costs of deposition transcripts:

| | |
|---|---|
| Kimberly Granger | $447.65 |
| Scott James | $1855.80 |
| Luke Powell | $288.45 |
| Stephen Lindley | $319.40 |
| Robert Fonzi | $281.85 |
| **Total** | **$3,193.15** |

I declare under penalty of perjury that the foregoing is true and correct. Dated this 6th day of January, 2016, at Sacramento, California.

/s/ *Catherine W. Guess*
Catherine W. Guess

SA2013309877
32346481.doc