# CERTIFICATE OF SERVICE

Case Name:   **Kimberly Granger v. Scott R. James**        No.   **1:13-CV-0983 AWI SKO**

I hereby certify that on January 7, 2016, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**BILL OF COSTS**

**DECLARATION OF CATHERINE W. GUESS IN SUPPORT OF BILL OF COSTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 7, 2016, at Sacramento, California.

|  |  |
|---|---|
| H. Hernandez | /s/ H. Hernandez |
| Declarant | Signature |

SA2013309877
32348093.doc