AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| Scott James | ) |
|---|---|
| v. | ) Case No.: 1:13-CV-00983-AWI-SKO |
| Kimberly Granger, et al. | ) |

## AMENDED BILL OF COSTS

Judgment having been entered in the above entitled action on ___12/31/2015___ against ___Plaintiff___,
                                                                     Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $ |
| Fees for service of summons and subpoena ........................................... | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 3,193.15 |
| Fees and disbursements for printing ................................................. | |
| Fees for witnesses *(itemize on page two)* ............................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ........................................... | |
| Docket fees under 28 U.S.C. 1923 ................................................... | |
| Costs as shown on Mandate of Court of Appeals ...................................... | |
| Compensation of court-appointed experts ............................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ....................................................... | |
| TOTAL $ | 3,193.15 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service     [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney:    /s/ Catherine W. Guess

Name of Attorney: Catherine W. Guess

For: _____Defendants_____     Date: 01/11/2016
              Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
Clerk of Court                   Deputy Clerk                   Date

## ITEMIZATION OF DEFENDANTS' DEPOSITION TRANSCRIPT COSTS

| Date | Deposition | Cost |
|---|---|---|
| January 26, 2015 | Deposition of Scott James | $1855.80 |
| January 27, 2015 | Deposition of Kimberly Granger | $447.65 |
| September 22, 2015 | Deposition of Luke Powell | $288.45 |
| September 23, 2015 | Deposition of Stephen Lindley | $319.40 |
| December 16, 2015 | Deposition of Robert Fonzi | $281.85 |
| | **TOTAL** | **$3193.15** |



Sacramento
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
SOLUTIONS

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

## Invoice # CSD257919

| Invoice Date | 02/15/2015 |
|---|---|
| Terms | NET 30 |
| Payment Due | 03/17/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

CATHERINE WOODBRIDGE GUESS ,ESQ
ATTORNEY GENERAL'S OFFICE - SACRAMENTO
SUITE 125
1300 I STREET
SACRAMENTO, CA 95814

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/26/2015 | JAMES, SCOTT R. VS. GRANGER, KIMBERLY | 255136 | 02/10/2015 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 01/26/2015, SCOTT RAY JAMES | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (151 Pages) | $ 724.80 |
| EXHIBITS | $ 4.00 |
| VIDEO | $ 786.25 |
| APPEARANCE FEE HALF DAY | $ 93.00 |
| HANDLING FEE | $ 35.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
| SUMMARY | $ 105.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| VIDEO HANDLING | $ 25.00 |
| | $ 1,824.05 |
| DEL-STANDARD | $ 31.75 |
| | $ 31.75 |

**CONTINUED ON NEXT PAGE ...**

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

**ESQUIRE**
SOLUTIONS

| | |
|---|---|
| Invoice #: | CSD257919 |
| Payment Due: | 03/17/2015 |
| Amount Due On/Before 04/01/2015 | $ 0.00 |
| Amount Due After 04/01/2015 | $ 0.00 |

CATHERINE WOODBRIDGE GUESS ,ESQ
ATTORNEY GENERAL'S OFFICE - SACRAMENTO
SUITE 125
1300 I STREET
SACRAMENTO, CA 95814

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

221 0000257919 02152015 4 000000000 0 03172015 04012015 4 000000000 06



Sacramento
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number:   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # CSD257919

| Invoice Date | 02/15/2015 |
|---|---|
| Terms | NET 30 |
| Payment Due | 03/17/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

CATHERINE WOODBRIDGE GUESS ,ESQ
ATTORNEY GENERAL'S OFFICE - SACRAMENTO
SUITE 125
1300 I STREET
SACRAMENTO, CA 95814

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/26/2015 | JAMES, SCOTT R.  VS. GRANGER, KIMBERLY | 255136 | 02/10/2015 | FED EX |

| Description | Amount |
|---|---|

MATTER NUMBER: N/A
PLEASE NOTE:  THE ABOVE AMOUNT REFLECTS VIDEO SERVICES.

Tax: $ 0.00
Paid: $ 1,855.80

Amount Due On/Before 04/01/2015   $ 0.00
Amount Due After 04/01/2015   $ 0.00

---

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

Invoice #:   CSD257919
Payment Due:   03/17/2015
Amount Due On/Before 04/01/2015   $ 0.00
Amount Due After 04/01/2015   $ 0.00

CATHERINE WOODBRIDGE GUESS ,ESQ
ATTORNEY GENERAL'S OFFICE - SACRAMENTO
SUITE 125
1300 I STREET
SACRAMENTO, CA 95814

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

221 0000257919 02152015 4 000000000 0 03172015 04012015 4 000000000 06



**ESQUIRE**
Sacramento
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:** 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

## Invoice # ESQ253657

| Invoice Date | 02/06/2015 |
|---|---|
| Terms | NET 30 |
| Payment Due | 03/08/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

CATHERINE WOODBRIDGE GUESS ,ESQ
ATTORNEY GENERAL'S OFFICE - SACRAMENTO
SUITE 125
1300 I STREET
SACRAMENTO, CA 95814

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/27/2015 | JAMES, SCOTT R.  VS. GRANGER, KIMBERLY | 260311 | 02/06/2015 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 01/27/2015, KIMBERLY GRANGER | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (109 Pages) | $ 337.90 |
| EXHIBITS | $ 2.00 |
| HANDLING FEE | $ 25.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 415.90 |
| DEL-STANDARD | $ 31.75 |
| | $ 31.75 |



| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 447.65 |
| **Amount Due On/Before 03/23/2015** | **$ 0.00** |
| Amount Due After 03/23/2015 | $ 0.00 |

---

Tax Number:  45-3463120

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.com

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

Invoice #: ESQ253657
Payment Due: 03/08/2015
**Amount Due On/Before 03/23/2015**  **$ 0.00**
Amount Due After 03/23/2015  $ 0.00

ESQUIRE

CATHERINE WOODBRIDGE GUESS ,ESQ
ATTORNEY GENERAL'S OFFICE - SACRAMENTO
SUITE 125
1300 I STREET
SACRAMENTO, CA 95814

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

221 0000253657 02062015 7 000000000 0 03082015 03232015 1 000000000 03

KC's Court Reporting
80 Garden Court
Suite 270
Monterey, CA 93940
(831) 373-1598   Fax (831) 373-1141

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 85327 | 09/29/2015 | 01-33934 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/22/2015 | STEVSU | 1:13-cv-020983 |

Catherine Woodbridge Guess, Es
State of California
Department of Justice
1300 I Street, Suite 125
Sacramento, CA 95814-2951

| CASE CAPTION |
|---|
| James vs. Granger, et al. |
| **TERMS** |
| Due upon receipt |

1 CERTIFIED TRANSCRIPT OF DEPOSITION OF:
  Luke Powell                                                                288.45

                                           TOTAL   DUE  >>>>         288.45

PLEASE NOTE OUR NEW REMITTANCE ADDRESS AND TAX ID NUMBER

TAX ID #95-3312349

MAIL PAYMENT TO:
FILE #50217
LOS ANGELES, CA 90074-0217

TAX ID NO.: 95-3312349                                    (916) 323-3350   Fax (916) 327-2319

*Please detach bottom portion and return with payment.*

Catherine Woodbridge Guess, Es
State of California
Department of Justice
1300 I Street, Suite 125
Sacramento, CA 95814-2951

Invoice No.: 85327
Date        : 09/29/2015
**TOTAL DUE** :    288.45

Job No.    : 01-33934
Case No.   : 1:13-cv-020983-AWI-SKO
James vs. Granger, et al.

Remit To:   **KC's Court Reporting**
            **80 Garden Court**
            **Suite 270**
            **Monterey, CA 93940**



# ESQUIRE

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice  INV0610610**

| | |
|---|---|
| Date | 10/20/2015 |
| Terms | Net 30 |
| Due Date | 11/19/2015 |

| | |
|---|---|
| Client Number | C13107 |
| Esquire Office | Fresno |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**

State of California Department of Justice - Sacramento
Office of the Attorney General
1300 I Street
Sacramento CA 95814-2919

**Services Provided For**

State of California Department of Justice - Sacramento
Woodbridge, Catherine
Office of the Attorney General
1300 I Street
Sacramento CA 95814-2919

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/23/2015 | J0154081 | Sacramento, CALIFORNIA | James VS. Granger |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-WI | Stephen Lindley | 72 | 3.20 | 230.40 |
| CONDENSED TRANSCRIPT | Stephen Lindley | 1 | 16.00 | 16.00 |
| EXHIBITS W/TABS | Stephen Lindley | 1 | 3.00 | 3.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Stephen Lindley | 1 | 35.00 | 35.00 |
| HANDLING FEE | Stephen Lindley | 1 | 25.00 | 25.00 |
| WITNESS READ & SIGN PACKET | Stephen Lindley | 1 | 0.00 | 0.00 |

| | |
|---|---|
| Subtotal | 309.40 |
| Shipping Cost (FedEx) | 10.00 |
| Total | $319.40 |
| Amount Paid | 319.40 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on Invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this Invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

---

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | State of California Department ... |
| Client # | C13107 |
| Invoice # | INV0610610 |
| Invoice Date | 10/20/2015 |
| Due Date | 11/19/2015 |
| Amount Due | $ 0.00 |

## CERTIFICATE OF SERVICE

Case Name: **Kimberly Granger v. Scott R. James**     No. **1:13-CV-0983 AWI SKO**

I hereby certify that on <u>January 11, 2016</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**AMENDED BILL OF COSTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>January 11, 2016</u>, at Sacramento, California.


| H. Hernandez | /s/ H. Hernandez |
|---|---|
| Declarant | Signature |

SA2013309877
32351022.doc