Leonard C. Herr, #081896
Ron Statler, #234277
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California  93291
Telephone:  (559) 636-0200
Email:  lherr@dhlaw.net

Attorneys for Plaintiff: SCOTT R. JAMES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. JAMES,<br><br>    Plaintiff,<br><br>  v.<br><br>KIMBERLY GRANGER, an individual; STEVE LINDLEY, an individual<br><br>    Defendants. | CASE NO.: 1:13-cv-00983-AWI-SKO<br><br>**STIPULATION FOR WAIVER OF COSTS IN EXCHANGE FOR WAIVER OF RIGHT TO APPEAL AND [PROPOSED] ORDER THEREON** |

Plaintiff, SCOTT R. JAMES, and Defendants KIMBERLY GRANGER and STEVE LINDLEY, by and through their counsel, hereby stipulate to the terms and conditions on this stipulation and jointly request that the court enter its Order at the end of this document.

Whereas, the Court entered Judgment in favor of Defendants KIMBERLY GRANGER and STEVE LINDLEY and against Plaintiff SCOTT JAMES on December 31, 2015; and

Whereas, Defendants filed their Amended Bill of Costs [Doc. #85] on January 11, 2016; and

Whereas, Plaintiff has a right to appeal the Court's Judgment before the Court of Appeals.

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

1
**STIPULATION FOR WAIVER OF COSTS IN EXCHANGE FOR WAIVER OF RIGHT TO APPEAL AND [PROPOSED] ORDER THEREON**

Therefore, the parties agree as follows:

Plaintiff agrees to waive his right to all appealable issues arising in and from this action, including but not limited to the December 31, 2015 Judgment in exchange for Defendants' waiver of all claims for costs arising from this litigation, including those in its Amended Bill of Costs filed January 11, 2016.

DATED: January 28, 2016

    KAMALA D. HARRIS
    ATTORNEY GENERAL OF CALIFORNIA

    By: /s/ Catherine Woodbridge Guess (auth. 1/28/16)
        Catherine Woodbridge Guess
        Attorneys for Defendants
        KIMBERLY GRANGER and
        STEVE LINDLEY

DATED: January 28, 2016

    HERR PEDERSEN & BERGLUND LLP

    By: /s/ Leonard C. Herr
        LEONARD C. HERR
        Attorneys for Plaintiff
        SCOTT R. JAMES

## **O R D E R**

Upon good cause being shown as set forth in the stipulation of legal counsel for the parties, the Court hereby adopts the stipulation.

IT IS SO ORDERED.

DATED: _____          _____
                                                          UNITED STATES MAGISTRATE JUDGE

F:\Client Files\James, Scott (1369-00)\1369.12 James v. Granger\Stipulations\Stip and Order to waive costs and appeal.doc

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291

2
**STIPULATION FOR WAIVER OF COSTS IN EXCHANGE FOR WAIVER
OF RIGHT TO APPEAL AND [PROPOSED] ORDER THEREON**