# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. JAMES,<br><br>    Plaintiff,<br><br>  v.<br><br>KIMBERLY GRANGER, an individual;<br>STEVE LINDLEY, an individual<br><br>    Defendants. | CASE NO.: 1:13-cv-00983-AWI-SKO<br><br>**STIPULATION FOR WAIVER OF COSTS IN EXCHANGE FOR WAIVER OF RIGHT TO APPEAL AND ORDER THEREON** |

    Plaintiff, SCOTT R. JAMES, and Defendants KIMBERLY GRANGER and STEVE LINDLEY, by and through their counsel, hereby stipulate to the terms and conditions on this stipulation and jointly request that the court enter its Order at the end of this document.

    Whereas, the Court entered Judgment in favor of Defendants KIMBERLY GRANGER and STEVE LINDLEY and against Plaintiff SCOTT JAMES on December 31, 2015; and

    Whereas, Defendants filed their Amended Bill of Costs [Doc. #85] on January 11, 2016; and

    Whereas, Plaintiff has a right to appeal the Court's Judgment before the Court of Appeals.

    Therefore, the parties agree as follows:

    Plaintiff agrees to waive his right to all appealable issues arising in and from this action, including but not limited to the December 31, 2015 Judgment in

exchange for Defendants' waiver of all claims for costs arising from this litigation, including those in its Amended Bill of Costs filed January 11, 2016.

DATED: January 28, 2016

        KAMALA D. HARRIS
        ATTORNEY GENERAL OF CALIFORNIA

        By: /s/ Catherine Woodbridge Guess (auth. 1/28/16)
            Catherine Woodbridge Guess
            Attorneys for Defendants
            KIMBERLY GRANGER and
            STEVE LINDLEY

DATED: January 28, 2016

        HERR PEDERSEN & BERGLUND LLP

        By: /s/ Leonard C. Herr
            LEONARD C. HERR
            Attorneys for Plaintiff
            SCOTT R. JAMES

## O R D E R

Upon good cause being shown as set forth in the stipulation of legal counsel for the parties, the Court hereby adopts the stipulation.

IT IS SO ORDERED.

Dated: **February 1, 2016**           **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE